Deposition of:

PL Sum. J.

Ex. 019

# Forrest Castille

Date: October 22, 2021
Case: W.K., et al v. Red Roof Inns, et al
No.:  1:20-cv-5263-MHC

Reported by: Kelly D'Amico



**770.645.6111**
www.DamicoAssociates.com

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | | |
|---|---|---|
| W.K., E.H., M.M., R.P., M.B., D.P., A.F., C.A., R.K., K.P. and T.H., | ) ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION FILE |
| vs. | ) ) | NO. 1:20-cv-5263-MHC |
| RED ROOF INNS, INC., FMW RRI NC, LLC, RED ROOF FRANCHISING, LLC, RRI WEST MANAGEMENT, LLC, VARAHI HOTEL, LLC, WESTMONT HOSPITALITY GROUP, INC., and RRI III, LLC, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| J.A., | ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION FILE |
| vs. | ) ) | NO. 1:21-cv-03655-TWT |
| RED ROOF INNS., INC., RED ROOF FRANCHISING, LLC and VARAHI HOTEL, LLC, | ) ) ) ) | |
| Defendants. | ) ) | |

VIDEOTAPED DEPOSITION OF FORREST CASTILLE

October 22, 2021

Page 2

```
 1          IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF GEORGIA
 2                    ATLANTA DIVISION

 3
    JANE DOE 1, JANE DOE 2,    )
 4  JANE DOE 3 and JANE DOE 4, )
                               )
 5            Plaintiffs,      )   CIVIL ACTION FILE
                               )
 6       vs.                   )   NO. 1:21-cv-04278-WMR
                               )
 7  WESTMONT HOSPITALITY       )
    GROUP, INC., RED ROOF INNS,)
 8  INC.; FMW RRI NC, LLC, RED )
    ROOF FRANCHISING, LLC, RRI )
 9  WEST MANAGEMENT, LLC and   )
    VARAHI HOTEL, LLC and RRI  )
10  III, LLC,                  )
                               )
11            Defendants.      )
    _____)
12  E.F.,                      )
                               )
13            Plaintiff,       )   CIVIL ACTION FILE
                               )
14       vs.                   )   NO. 1:20-CV-04373-SDG
                               )
15  RED ROOF INNS., INC., RED  )
    ROOF FRANCHISING, LLC, HJA )
16  ENTERPRISES, INC., and SAI )
    NATIONAL HOSPITALITY       )
17  VENTURES, LLC,             )
                               )
18            Defendants.      )
    _____)
19

20

21     VIDEOTAPED DEPOSITION OF FORREST CASTILLE

22               October 22, 2021

23

24

25
```

Page 8

```
1                A P P E A R A N C E S

2

3    On behalf of Plaintiffs W.K., E.H., M.M., R.P., M.B.,
     D.P., A.F., C.A., R.K., K.P. and T.H.; Plaintiff J.A.;
4    Plaintiffs Jane Doe 1, Jane Doe 2, Jane Doe 3, Jane
     Doe 4; and Plaintiff E.F.:
5

6            PATRICK MCDONOUGH
             JONATHAN TONGE
7            Attorneys at Law
             Andersen, Tate & Carr, P.C.
8            1960 Satellite Boulevard
             Suite 4000
9            Duluth, Georgia  30097
             T:  (770) 236-9751
10           E:  pmcdonough@atclawfirm.com
             E:  jtonge@atclawfirm.com
11

12   On behalf of Plaintiffs W.K., E.H., M.M., R.P., M.B.,
     D.P., A.F., C.A., R.K., K.P. and T.H.; Plaintiffs Jane
13   Doe 1, Jane Doe 2, Jane Doe 3, Jane Doe 4:

14
             MICHAEL ROSEN BAUMRIND (via videoconference)
15           Attorney at Law
             Bondurant Mixson & Elmore, LLP
16           1201 West Peachtree Street, NW
             3900 One Atlantic Center
17           Atlanta, Georgia  30309
             T:  (404) 881-4100
18           E:  baumrind@bmelaw.com

19
     On behalf of Plaintiff J.A.:
20

21           DENISE D. HOYING
             Attorney at Law
22           Law & Moran
             563 Spring Street, NW
23           Atlanta, Georgia  30308
             T:  (404) 814-3700
24           E:  denise@lawmoran.com

25
```

Page 9

1                A P P E A R A N C E S (Continued)

2

3    On behalf of Plaintiff E.F. :

4

5            DAVID HOLMES BROUCHARD (via videoconference)
             Attorney at Law
             Finch McCranie, LLP
6            225 Peachtree Street, NE
             Suite 1700, South Tower
7            Atlanta, Georgia  30303
             T:  (404) 658-9070
8            E:  david@finchmccranie.com

9
     On behalf of Defendants Red Roof Inns, Inc., FMW RRI
10   NC, LLC, Red Roof Franchising, LLC, RRI West
     Management, LLC, RRI III, LLC, and Westmont
11   Hospitality Group, Inc.:

12
             ADMIR "ADI" ALLUSHI
13           P. MICHAEL FREED
             Attorneys at Law
14           Lewis Brisbois Bisgaard & Smith, LLP
             1180 Peachtree Street, N.E.
15           Suite 2900
             Atlanta, Georgia  30309
16           T:  (404) 348-8585
             E:  adi.allushi@lewisbrisbois.com
17           E:  michael.freed@lewisbrisbois.com

18
     On behalf of Defendant Varahi Hotel, LLC; and
19   Defendant SAI National Hospitality Ventures, LLC:

20
             SHANE KEITH
21           Attorney at Law
             Hawkins Parnell & Young, LLP
22           4000 SunTrust Plaza
             303 Peachtree Street, N.E.
23           Atlanta, Georgia  30308
             T:  (404) 614-7400
24           E:  skeith@hpylaw.com

25

Page 10

1          A P P E A R A N C E S (Continued)

2

3   On behalf of Defendant HJA Enterprises:

4
            LEAH FOX PARKER (via videoconference)
5           Attorney at Law
            Swift, Currie, McGhee & Hiers
6           1355 Peachtree Street, N.E.
            Suite 300
7           Atlanta, Georgia  30309-3238
            T:  (404) 874-8800
8           E:  leah.parker@swiftcurrie.com

9

10  Videographer:

11          Eric Lucas

12

13  Also present:

14          Kristina Iakounina

15

16                    - - -

17

18

19

20

21

22

23

24

25

Case 1:23-cv-05452-SEG   Document 106-19   Filed 03/02/23   Page 7 of 29

Page 17

1      A      Okay.

2      Q      -- and take a break.

3      A      Okay.

4      Q      It is a very easy thing too also for me

5  to ask the question and you think, oh, I've got the

6  answer and you're going to start talking.  So just so

7  the court reporter can take it down, try to let me

8  finish the question and then -- or the other attorney

9  that might be asking and then answer the -- answer,

10  okay?

11      A      Okay.

12      Q      And some of the other attorneys may have

13  some questions.  All right?

14      A      (Nods head up and down.)

15      Q      Okay.  So just tell me when -- did you

16  work for Red Roof?

17      A      I worked for Red Roof Inns from 2008

18  until 2016.

19      Q      Okay.  And was that here in Atlanta?

20      A      Uh-huh (affirmative), off of Windy Hill

21  Road.

22      Q      Okay.  And was that the -- your first job

23  when you came to Atlanta or had you been --

24      A      It was.  That was my first job when I

25  came to Atlanta.

Page 21

1  what you observed when you were working there during

2  those four years as far as crime.

3          A       It was always a high-crime area, always

4  something going on in that area with -- but it wasn't

5  as bad, but it was always something going on.  People

6  always sold drugs, people always -- prostitution.  It

7  was always something going on.

8          Q       Okay.  And when you say "that area,"

9  you're talking specifically the hotel?

10         A       That Windy Hill area and that hotel.

11         Q       Okay.  And so tell me, did you actually

12  observe yourself what you believed to be prostitutes?

13         A       I did.

14         Q       And why do you think they were

15  prostitutes?

16         A       Because I got to know them.  Like I said,

17  I was there from first to second shift and there was

18  always somebody walking and somebody coming in to

19  drink coffee, maybe they wanted change.  You know what

20  I mean?  And it was so -- I was so familiar with the

21  people there because, like I said, they came in and

22  talked to me and they would be -- and I would either

23  smoke with them or, you know, just laugh and talk

24  about the day.  So I was very much aware of what was

25  going on, who was there and the reason they was there.

1  whether they were pimps or prostitutes or if they were
2  salesmen, I basically knew.

3      Q      Okay.  So tell me -- you said pimps.
4  Tell me about that.  What -- did you see pimps there?

5      A      Uh-huh (affirmative).  They would tell me
6  what they were -- they would tell me they were pimps.
7  You know, I would know what they were doing.  They
8  would tell me personally.  You know, the pimps would
9  tell me, the girls would tell me and I just knew.  I
10 knew what it was because they would tell me what they
11 were doing.

12     Q      So tell me about what -- well, tell me
13 this:  How many -- during this time period on average,
14 like how many pimps were at this hotel?

15     A      8 to 10, maybe 15 to 20 girls.  It was
16 always someone there.  It was always someone there
17 pimping, prostituting, selling drugs.

18     Q      Okay.  And the pimps, how many girls did
19 they have working for them?

20     A      It all depends.  Some of them have up to
21 about four, some of them would just have one girl, two
22 girls.  It just all depends, you know what I mean, how
23 long they could keep them under subjection.  It
24 depends on how many they had and how popular of a pimp
25 they were, if they were the man.

Page 23

1      Q      So you said "subjection."  So tell me
2  about that.  Like, what do you mean by that?  What did
3  the pimps do with the people that --
4      A      They controlled their whole lives, some
5  of them their whole lives, especially the young girls.
6  They -- like I said, they would feed them when they
7  got ready, they would advise them to do things when
8  they got ready.  And this was personally told to me.
9  They would -- and like I said, they controlled the
10 money.  They always had the money.
11           The pimps always paid for the rooms.  It
12 was -- the girls really didn't pay for the rooms
13 unless they were independent girls, they didn't have a
14 pimp.  But the pimps paid for the rooms.  They
15 should -- they would -- I guess they -- well, they fed
16 them when they got ready, some of them.  It all just
17 depends on -- they were in control of every single
18 aspect of that girl's life.
19     Q      And did they get the money from what the
20 girls did?
21     A      The girls always gave them the money.
22 The girls, they would have to ask them for their
23 money.
24     Q      So just explain to me how the -- kind of
25 pimps and girls.  Like, how did it work?  How did --

Case 1:23-cv-05042-SEG Document 306-19 Filed 03/02/23 Page 11 of 29

Page 24

1  how did -- what did you observe and how did this whole

2  thing work?

3          MR. KEITH:  Objection.

4          MR. ALLUSHI:  Same objection.

5  BY MR. McDONOUGH:

6      Q      Okay.  Just you had mentioned pimps and

7  that they had controlled 20 to 30 girls.  Tell me what

8  you observed.

9      A      The -- there was like a system.  Like if

10  the girls -- like if they were waiting on their dates,

11  the johns or the buyers or whatever you want to call

12  them, they would call them to the hotel, but they

13  wouldn't give them their room number until they got

14  there.  And like the pimps would all be all outside on

15  the balconies and they would check them out, you know

16  what I mean, and then they would give them the room

17  number to go in them.

18      Q      Okay.  Into the rooms?

19      A      Into the rooms, uh-huh (affirmative).

20      Q      And how like --

21      A      Because I was out smoking.

22      Q      How often was this going on?

23      A      It happened from the time -- all day, all

24  night.  It just depends on -- it never was a set time.

25  It was continuously happening -- happening.

Page 26

1   buyers coming in and out of the room?

2        A       Uh-huh (affirmative).  You could -- it

3   was obvious, you know what I mean, because they had

4   time limits.  They were on time limits.  They might be

5   there for $30 -- I mean, for 30 minutes, they might be

6   there for an hour.  Some of them sometimes they would

7   date you for hours.  It just depends on how much money

8   was involved, and I learned this from a lot of the

9   girls and the -- and the pimps.

10       Q       Okay.  So did you know the pimps?

11       A       Uh-huh (affirmative).

12       Q       Okay.  And what did you learn from the

13  pimps?

14       A       Pretty much to be quiet, mind my own

15  business.  Because they were in control of those girls

16  and they -- some of them people -- and all of them

17  were not nice people anyway, you know what I mean.

18  Some of them would do some awful things to those girls

19  to keep them where they needed to keep them mentally.

20       Q       And did you witness any of that?

21       A       Oh, I've seen them get beat, I've seen

22  them lock them out of the rooms.

23       Q       Tell me a little bit more about that when

24  you saw them get beat.  Tell me about it.

25       A       They would beat them.  I've seen them

Page 28

1          MR. ALLUSHI:  Objection to form.

2    BY MR. McDONOUGH:

3      Q      Did you see -- let me rephrase that.

4              Did you see young girls that were being

5    controlled by these pimps you described?

6      A      Some of them I knew personally that were

7    being controlled and they were underage.

8      Q      Like what age?

9      A      17.  Like I said, 17, 16.

10     Q      And throughout this entire time did you

11   see young girls like that?

12     A      Uh-huh (affirmative), the whole time.  It

13   never changed.  It never stopped.  It never stopped

14   from corporate to the franchise.

15     Q      And so you were renting rooms to these

16   pimps?

17     A      Uh-huh, uh-huh (affirmative).

18     Q      And you knew they were pimps?

19     A      Uh-huh (affirmative).

20     Q      All right.  And were you renting rooms to

21   other criminals?

22     A      Uh-huh (affirmative).

23             MR. TONGE:  Make sure he says "yes."

24     A      Yes.  I'm sorry, yes.  I'm sorry, yes.

25   I -- like I said, I was there so much.  I was there

Case 1:23-cv-05242-SEG Document 305-19 Filed 03/02/23 Page 14 of 29

1   Waffle House or Wendy's to get something to eat.

2              But they had to stay there and watch the

3   girls and watch the other pimps so the other pimps

4   wouldn't steal the girls.  Because they would steal

5   girls, they would steal dates.  It's very cutthroat.

6       Q      And just so I understand, you said

7   there's -- I don't know -- 10 pimps, 10 to 20 girls at

8   times so -- and they're seeing ten johns or buyers a

9   day.  So --

10      A      It never stopped.  It's not like you have

11  three shifts.

12             MR. KEITH:  Object.

13  BY MR. McDONOUGH:

14      Q      Tell me how many buyers you saw coming in

15  on average.

16      A      It all depended on -- it all depends.

17  10, 15, 20.  It just all depended on how the money was

18  going, how much money they were making.

19      Q      Not just individual.  I mean the whole

20  hotel for one day.  What was like the amount of buyers

21  that were coming in a day?

22      A      Sometimes it had to be over 50, 60 men a

23  day.

24      Q      Okay.

25      A      If you got -- because if you got 20

Case 1:23-cv-05464-SEG Document 306-19 Filed 03/02/23 Page 15 of 29

1  supposed to have been over Red Roof Windy Hill,

2  Kennesaw, and Druid Hills.  I believe that was his

3  area.  Oh, and I think Morrow.  I think -- not Morrow,

4  Norcross.  I was going to say that was his four or

5  five hotels that he was in charge of.

6      Q      Okay.  And how often did he come to the

7  Red Roof Smyrna when it was corporate?

8      A      I think it would be -- I would think it

9  would be like just about every quarter.  They would

10 come and inspect and make sure that the rooms were in

11 shape and they were making money or -- just a general

12 inspection.  That's it.  That's all he came for.

13     Q      And did -- when he came was it the same

14 scene that you (overspeak) --

15            MR. ALLUSHI:  Object to the form.

16     A      It was the same thing.

17            MR. KEITH:  Objection.

18 BY MR. McDONOUGH:

19     Q      Tell me what you saw when you were with

20 him.

21     A      The same thing.  It was -- it wasn't on

22 such a wide scale, but it was the same thing.  It was

23 never a minute that I worked at Red Roof Inn, never a

24 year I worked at Red Roof Inn that there was not

25 prostitution going on in there.  There was not a time

Case 1:23-cv-05042-SEG Document 306-19 Filed 03/02/23 Page 16 of 29

Page 43

1    when people wouldn't complain.  People complained and

2    they would claim -- I would tell them to call

3    corporate or -- you know what I mean.  That's all that

4    I could tell them to do.

5            And like I said, I would go to -- I went

6    to Ohio twice, but that had nothing to do with

7    pimping, prostitution.  It was about scores and

8    revenue and how to make a customer feel better.

9        Q      Did you go to Ohio when corporate owned

10   it or was that after it was sold?

11       A      After corporate owned it.

12       Q      After?

13       A      Uh-huh (affirmative).

14       Q      After it was sold?

15       A      Uh-huh (affirmative).

16       Q      Okay.  So prior to it being sold, were

17   you ever trained about safety or -- while working at

18   this hotel?

19       A      Huh-uh, no safety training.

20       Q      Were you ever trained on sex trafficking

21   while it was corporately owned during this time?

22       A      Nothing, nothing like that, nothing like

23   that.  We never had a class on what to do.  Because I

24   really just learned terminology -- terminology of what

25   a sex trafficker was.  I always just said it was

W.K., et al v. Red Roof Inns, et al                    Forrest Castille 10/22/2021

Page 45

1  rooms at Windy Hill.  Well, we didn't rent the rooms;
2  he didn't stay there.
3      Q       When you were with him and walking out,
4  were there pimps that you saw?
5      A       They were always -- they always standing
6  out there.  They always standing out with white
7  beaters on, T-shirts on, you know, dapping it up and
8  it just looked suspect.  Like I said, it looked
9  suspect and everybody, you know what I mean -- not
10 everybody.  I can't just say for everybody, but if you
11 came around enough to Windy Hill, you knew what was
12 going on.
13     Q       Right.  And were you --
14     A       It was obvious.
15     Q       When you were with him, did you see other
16 minor victims?
17             MR. ALLUSHI:  Objection.
18     A       It was always young -- it was always
19 young girls, old girls, prostitutes, pimps, all ages,
20 all colors.
21 BY MR. MCDONOUGH:
22     Q       And when you were with Jay Moyer, was
23 there still high traffic of cars coming in and johns?
24     A       It's still high traffic.  That -- it was
25 always what it -- what it was.  It was always like

Page 47

1   You know, if you're walking around doing an
2   inspection, you could smell it coming out of the
3   rooms.  They would sit out there and smoke it.
4        Q      And what was Red Roof Inn telling you?
5   Were they telling you that you had to rent rooms or
6   were they pushing revenue?
7                MR. ALLUSHI:  Objection.
8        A      They never -- they never ever said
9   anything about prostitution.  And most of the times
10  when you're working at a hotel it's about how many
11  beds you can sell, how many heads you can lay in the
12  bed.  It's always about -- it's about revenue and
13  trying to keep the customers happy.  That was the only
14  training that we had.
15               It was never about safety.  It was never
16  about what should I do if a dope dealer or drug dealer
17  or prostitute, none of that.  No kind of training
18  about that at all.
19  BY MR. McDONOUGH:
20       Q      Was there ever a security guard when you
21  were there?
22       A      Just without a gun, just a regular
23  security guard, nothing that -- nothing that could
24  really protect nobody.
25       Q      And did you interact with him or did --

Page 71

1   franchise.

2   BY MR. McDONOUGH:

3       Q       And so -- and did you know these pimps as

4   well?

5       A       Uh-huh (affirmative).  It didn't change.

6   Some of them never changed.  Some of them changed,

7   some of them came back in.  Basically it was the same

8   people.  Sometimes it was the same people from when I

9   started until when I left doing the same thing.

10      Q       And were you hanging out with them?

11      A       I smoked blunts with them, I drank beer

12  with them, they had barbecues.  Yes, I did.

13      Q       And you rented rooms to them?

14      A       I rented rooms to them.

15      Q       All right.  And did you witness girls

16  that were being controlled by these pimps?

17      A       Yes, sir.  Like I said, and I'll say

18  it -- I'll keep saying it, it was the -- nothing

19  changed but the ownership, the ownership of the Red

20  Roof Inn.

21      Q       And when you --

22      A       It was still the same pimping, pandering,

23  whatever you want to call it, dope selling.

24      Q       And did you see girls that were -- had

25  bruises or injured?

Page 76

1   blood, crack pipes, condom wrappers, just a "lube" or

2   whatever.  Just whatever it takes for them to do their

3   job and for them to get high or drinking.

4        Q        And did the pimps turn their cars

5   backwards so the police couldn't see their tags?

6        A        And that's when sometimes the police

7   would get out and walk because everybody would be

8   parked in the -- you know, parked where you couldn't

9   see the tags.  And like I said, sometimes it was

10  darker in the back and some people just preferred the

11  back because it was darker back there.  It was more

12  secluded.

13       Q        And so you were -- while you were working

14  for them during this time period, you would rent to

15  the pimps?

16       A        They were the customers that we had.

17  They were the customer base at that time.

18       Q        And tell me like what's the -- just

19  ballpark, how much customer base was it during this

20  time frame?

21       A        I would still say 50 -- it was really

22  50/50 then, like I said, during -- because sometimes

23  during the slow season -- the slow season is between

24  November -- like Thanksgiving to the first of the

25  year, to January the 1st, as a matter of fact, or New

Page 117

1      A        No more than their system, how to use the

2   system.

3      Q        What do you mean, "their system?"

4      A        Their computer system.

5      Q        Checking --

6      A        Like there's different brands.  Different

7   chains have different computer systems they use.

8      Q        Did you receive any training on safety

9   and security?

10      A        Never.

11      Q        Did you receive any training on

12   prostitution?

13      A        Never.

14              MR. ALLUSHI:  Can I have some exhibit

15          stickers?

16              (Thereupon, an off-the-record discussion

17          was held.)

18              MR. McDONOUGH:  Do you just want to keep

19          it marked as what it was before?  Is that the

20          same one?

21              MR. ALLUSHI:  Well, it's the same one

22          from Vanessa Cole's deposition.  Do you want me

23          to just refer to it as 1 or should we --

24              MR. TONGE:  Yeah, let's just use the

25          same.

Page 125

1  report -- did you ever call the police to report any

2  criminal activity at all at the Red Roof while you --

3      A      Maybe if they got to fighting or

4  something, or something like that, but I wouldn't just

5  call the police for -- telling them, oh, we got

6  prostitution in here.  I never did that.

7      Q      Why not?

8      A      Look, it was going on before I got there

9  and it was going on after I left.  I was not there to

10 police the Red Roof Inn.  I was there to get a

11 paycheck every other Friday.  That was my main

12 concern.  It's the way I had to maintain and the way I

13 had to live.  I was not the prostitute police or the

14 pimp police.

15     Q      How do you know it was going on before

16 you got there?

17     A      Because the same people, they had been

18 coming for years.  They had told me they had already

19 been coming.

20     Q      And how do you know --

21     A      They told me they were already guests.

22 They told me they had been coming to this Red Roof

23 Inn.  This is where they came.

24     Q      And how do you know that it was occurring

25 after you left?

Page 127

1   for, you know, people fighting?

2       A      I said that.  I've already said that.  I

3   did.

4       Q      But you wouldn't call the police to

5   report prostitution?

6       A      Why would it be my job to call and report

7   something that has been happening repeatedly year

8   after year?  Why -- why would I do that?  It wouldn't

9   change anything, it wouldn't stop anything.

10      Q      It wasn't your job to make sure that the

11  hotel was safe and secure?

12      A      It was my job to make sure that I was

13  most safe and secure than anybody.  I came before that

14  hotel and my safety came before the hotel.

15             (Interrupting noise in the proceedings.)

16             MR. KEITH:  Somebody is here.

17  BY MR. ALLUSHI:

18      Q      Do you know if anybody else that worked

19  with you at the time called the police to report

20  criminal activity?

21      A      Nobody that -- nobody that I really know.

22  I can't say they called the police or -- if they did,

23  that was on their shift and maybe something happened

24  on that shift, but everything else that was going on

25  it was so rampant and everybody knew from -- from the

Page 128

1    higher-ups.  We were the low -- we were low on the

2    totem pole.  And, like I said, everybody was just

3    trying to make ends meet.

4         Q        Did you report the prostitution and

5    alleged criminal activity to your supervisor?

6         A        Say the right -- say -- I'm trying to

7    figure out the right way to say it.  Because they knew

8    prostitution was there.  I didn't have to report what

9    was already known.

10        Q        I'm asking, did you report the alleged

11   prostitution and --

12        A        We talked.  We talked about it and

13   everybody knew each time.  Each corporate or franchise

14   knew that there was prostitution going on.

15        Q        You told me --

16        A        So you didn't have to keep reporting

17   what's already going on if it happened repeatedly.  So

18   every day I'm supposed to say there's a prostitute

19   here, there's a prostitute here, these are prostitutes

20   right here and some repeat prostitutes or repeat

21   customers.  So I didn't feel the need, but I had to

22   really be overly concerned about reporting stuff.  I

23   did what I could do to help some of those young

24   ladies, but as far as me being a safety -- the police

25   or security guard, no.

Page 131

1   familiar with the pimps and the girls.

2       Q       And if you knew they were pimps, why

3   would you give them rooms?

4       A       They had been given to them.  Why would I

5   not?

6       Q       Do you have -- do you have an answer to

7   my question?

8       A       I said nobody told me not to rent to

9   them.  And they knew they were pimps, they knew they

10  were prostitutes.  The management didn't tell me not

11  to rent to them.

12              MR. KEITH:  Objection.

13  BY MR. ALLUSHI:

14      Q       Mr. Castille, you knew that these -- the

15  pimps were illegally in the property.

16      A       I --

17      Q       Why did you -- why did you give them

18  rooms?

19              MS. HOYING:  Objection.

20      A       Hold on.  First of all, I'm not a

21  policeman.  I didn't work for the police department.

22  It is not my business to control illegal activ- --

23  activity and moral activities.  That was not my job.

24  My job was to check them in, greet them, make sure

25  they paid their money; but my job was not going around

Case 1:23-cv-02542-MEG Document 105-19 Filed 03/02/23 Page 26 of 29

1    saying, oh, you're a pimp, you can't stay at the Red

2    Roof Inn.  Nobody else told them they couldn't stay.

3    BY MR. ALLUSHI:

4        Q       And the same question for the prostit- --

5    for the prostitutes, the alleged prostitutes.  You

6    knew they were prostitutes; correct?

7        A       Of course.  And like I said --

8        Q       And why would you check them in?

9        A       Like I said, it was not my job to

10   basically -- checking them in on their work history or

11   their job description.

12       Q       So your understanding of your job was

13   just to check people in and not worry about --

14       A       And make sure everything else --

15       Q       Let me finish my question.

16       A       Okay.

17       Q       -- and not be aware or be alert of any

18   criminal activity?

19               MS. HOYING:  Objection.

20       A       Sir, it was not my job to police the

21   hotel.  You can ask this question about the pimps and

22   the prostitutes, but it was not my job.  That wasn't

23   my job to do.  You can ask this a thousand times.

24               I don't remember seeing this paper about

25   nothing.  And like I said, most of the time people

Page 142

1    Q    So you're saying ████ is lying?

2    A    She's lying, and I'd tell her in her face

3    she's lying.

4    Q    Did they give you any weed?  Did Mario

5    give you weed?

6    A    I bought weed from them and they gave me

7    weed and we smoked weed.

8    Q    So you purchased weed from him; he also

9    gave you free weed?

10   A    Yeah, we smoked together, he gave it to

11   me.

12   Q    Okay.  You were testifying earlier, you

13   said that you got fired from the Red Roof Inn

14   Smyrna --

15   A    Uh-huh (affirmative).

16   Q    -- when Varahi was the franchisee for

17   speaking to the -- to a newspaper; right?

18   A    Uh-huh (affirmative).

19   Q    And you stated that you had told this

20   newspaper that you were trying to clean up the hotel;

21   is that correct?

22   A    Not that I was trying to.  They were --

23   that we were taking steps or that Red Roof Inn was

24   taking steps to try to make things better because it

25   was -- it was known what was going on.

Page 162

1    Q        You smoked weed with them?

2    A        Uh-huh (affirmative).

3    Q        They gave you weed?

4    A        They didn't really give me a whole lot of

5  weed.  We smoked weed together.  I bought weed from

6  them, but...

7    Q        And you also wanted to have sex with

8  them?

9    A        Hmmm?  No, I said I would have, but no, I

10  didn't want to have sex with them.  But I would have

11  if the opportunity presented itself perhaps.

12  (Overspeak.)

13    Q        But you never took any money from them?

14    A        No, they didn't give me any money.

15    Q        You never served as a lookout?

16    A        Never was a lookout.

17    Q        You also testified earlier, Mr. Castille,

18  that back during your employment there the term "sex

19  trafficking" wasn't familiar to you; correct?

20    A        Not at all.

21    Q        So did you back then think that the girls

22  were just prostitutes?

23    A        That's all I knew about, prostitution.

24    Q        And when was the first time you

25  familiarized yourself with sex trafficking, the actual

Page 245

C E R T I F I C A T E

1

2

3          I hereby certify that the foregoing
transcript was reported, as stated in the caption;
4   that the witness was duly sworn and elected to reserve
signature in this matter; that the colloquies,
5   questions and answers were reduced to writing under my
direction; and that the foregoing pages 1 through 244
6   represent a true, correct, and complete record of the
evidence given.

7

8          I further certify that I am not
disqualified for a relationship of interest under
9   O.C.G.A. 9-11-28(c); that I am a Georgia Certified
Court Reporter here as a representative of D'Amico &
10  Associates; that I/D'Amico & Associates was contacted
by the party taking the deposition to provide court
11  reporting services for this deposition; that I will
not be taking this deposition under any contract that
12  is prohibited by O.C.G.A. 15-14-37(a) and (b) or
Article 10.B of the Rules and Regulations of the
13  Board; and by the attached disclosure forms I confirm
that I/D'Amico & Associates is not a party to a
     contract prohibited by O.C.G.A. 15-14-37 (a) or (b).

14

15          The above certification is expressly
withdrawn and denied upon the disassembly or
16  photocopying of the foregoing transcript, unless said
disassembly or photocopying is done under the auspices
17  of D'Amico & Associates and the signature and original
seal is attached thereto.

18          This, the 1st day of November, 2021

19

20

21

22  _____

23          KELLY D'AMICO, RPR, CCR-B-1322

24

25