# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| G.W., <br><br> Plaintiff, <br><br> v. <br><br> RED ROOF INNS, INC.; FMW RRI NC, LLC; RRI WEST MANAGEMENT, LLC; AND RED ROOF FRANCHISING, LLC, <br><br> Defendants. | ) CASE NO. 1:23-cv-04542-SEG <br> ) <br> ) JUDGE SARAH E. GERAGHTY <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## PARTIES' JOINT MOTION TO EXTEND DISCOVERY DEADLINES TO OCTOBER 7, 2024 AND AMEND SCHEDULING ORDER

Plaintiff, G.W., and Defendants Red Roof Inns, Inc., FMW RRI NC, LLC, RRI West Management, LLC, and Red Roof Franchising, LLC ("Red Roof Defendants"), by and through their counsel, move this Court to extend the discovery period to October 7, 2024 and amend the scheduling order as follows. In support, the Parties state:

1. This lawsuit arises from allegations that Plaintiff G.W. was trafficked for sex from the age of 13 years old to 15 years old at the Red Roof Inn, located at 2200 Corporate Plaza, Smyrna, Georgia 30080.

2. The discovery period commenced on January 10, 2024.

1

6514903

3. On May 29, 2024, the Parties filed a "Consent Motion to Extend Discovery Period and Amend The Scheduling Order." In their Motion, the Parties noted that Plaintiff's counsel was currently engaged in a trial before the Honorable Victoria Marie Calvert in the Northern District of Georgia, Atlanta Division, and that they expected the trial to conclude on or about June 22, 2024.

4. Undersigned Counsel for the Defendants were also involved in that trial, which did not conclude on or about June 22, 2024, as previously anticipated. On June 26, 2024, the Parties tentatively agreed to resolve all claims in that case after approximately three weeks of trial. During the trial, Counsel for Plaintiffs and the Defendants determined that additional time will be necessary in the instant case to complete discovery, including expert witness discovery.

5. Accordingly, the Parties respectfully request that this Honorable Court grant this additional request to extend discovery, and amend the scheduling order as follows:

   a. Plaintiff's expert disclosures to be served by August 30, 2024;

   b. Defendants' expert disclosures to be served by September 13, 2024;

   c. Rebuttal expert disclosures to be served by September 27, 2024.

   d. Discovery to close by October 7, 2024.

   e. Dispositive motions and *Daubert* motions to be filed by November 4, 2024.

f. If no dispositive motions are filed, the proposed Consolidated Pretrial Order shall be filed by November 22, 2024.

g. The Clerk is directed to submit this action on November 25, 2024 if the parties have not filed a dispositive motion or proposed Pretrial Order.

h. If a dispositive motion is filed, the proposed Consolidated Pretrial Order will be due within 30 days after the dispositive motions are decided, if necessary.

6. At this time, the Parties do not anticipate any further requests for extensions of time.

Dated: June 30, 2024                                         Respectfully submitted,

[*by consent*]:
*/s/ Jonathan S. Tonge*
Patrick J. McDonough (489855)
Jonathan S. Tonge (303999)
ANDERSEN, TATE & CARR, P.C.
One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, GA 30097
Telephone: (770) 822-0900
Facsimile: (770) 822-9680
pmcdonough@atclawfirm.com
jtonge@atclawfirm.com

**Attorneys for Plaintiffs**

*/s/ Drew Kemp*
Sandra J. Wunderlich (*pro hac vice*)
N. Drew Kemp (*pro hac vice*)
TUCKER ELLIS LLP
100 South Fourth Street, Suite 600
St. Louis, MO 63102-1822
Telephone: 314.256.2550
Facsimile: 314.256.2549
sandra.wunderlich@tuckerellis.com
drew.kemp@tuckerellis.com

Chelsea Mikula (*pro hac vice*)
C. Ashley Saferight (*pro hac vice*)
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100

3

6514903

Cleveland, OH  44113-7213
Telephone:  216.592-5000
Facsimile:   216.592-5009
chelsea.mikula@tuckerellis.com
ashley.saferight@tuckerellis.com

Marcella C. Ducca
(Ga Bar No. 115079)
Brandon D. Cox
(Ga Bar No. 832025)
GREENBERG TRAURIG LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA  30305
Telephone:  678.553.2100
duccam@gtlaw.com
coxb@gtlaw.com

***Attorneys for Defendants Red Roof Inns, Inc., FMW RRI NC, LLC, RRI West Management, LLC, and Red Roof Franchising, LLC***

6514903

## **CERTIFICATION**

This is to certify that the foregoing has been prepared with a font and point selection approved by Local Rule 5.1., Times New Roman, 14-point font.

/s/ *Drew Kemp*
Sandra J. Wunderlich (*pro hac vice*)
N. Drew Kemp (*pro hac vice*)
TUCKER ELLIS LLP
100 South Fourth Street, Suite 600
St. Louis, MO  63102-1822
Telephone:  314.256.2550
Facsimile:   314.256.2549
sandra.wunderlich@tuckerellis.com
drew.kemp@tuckerellis.com
Chelsea Mikula (*pro hac vice*)
C. Ashley Saferight (*pro hac vice*)
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH  44113-7213
Telephone:  216.592-5000
Facsimile:   216.592-5009
chelsea.mikula@tuckerellis.com
ashley.saferight@tuckerellis.com

Marcella C. Ducca
(Ga Bar No. 115079)
Brandon D. Cox
(Ga Bar No. 832025)
GREENBERG TRAURIG LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA  30305
Telephone:  678.553.2100
duccam@gtlaw.com
coxb@gtlaw.com

***Attorneys for Defendants Red Roof***

          *Inns, Inc., FMW RRI NC, LLC,*
*RRI West Management, LLC, and*
*Red Roof Franchising, LLC*

6

6514903