## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| G.W., | ) | CASE NO. 1:23-cv-04542-SEG |
| Plaintiff, | )<br>) | JUDGE SARAH E. GERAGHTY |
| v. | )<br>) | |
| RED ROOF INNS, INC.;<br>FMW RRI NC, LLC; RRI WEST<br>MANAGEMENT, LLC; AND RED<br>ROOF FRANCHISING, LLC, | )<br>)<br>)<br>) | |
| Defendants. | )<br>) | |

### [PROPOSED] SECOND AMENDED SCHEDULING ORDER

HAVING reviewed the parties' Consent Motion to Extend Discovery and Amend the Scheduling Order, and finding good cause, the Court enters the following:

a.      Discovery closes October 7, 2024;

b.      Dispositive motions and *Daubert* motions be filed by November 4, 2024;

c.      If no dispositive motions are filed, the proposed Consolidated Pretrial Order will be due on November 22, 2024;

d.      If a dispositive motion is filed, the proposed Consolidated Pretrial Order will be due within 30 days after the dispositive motions are decided, if necessary;

1

e. The clerk is directed to submit this action on November 25, 2024 if the parties have not filed a dispositive motion or proposed Pretrial Order;

f. Plaintiff's expert disclosures are to be served by August 30, 2024;

g. Defendants' expert disclosures are to be served by September 13, 2024;

h. Rebuttal experts are to be served by September 27, 2024;

SO ORDERED, this _____ day of _____, 2024.

_____
SARAH E. GERAGHTY
UNITED STATES DISTRICT JUDGE

Prepared and presented by:
*/s/ Drew Kemp*_____
Sandra J. Wunderlich (*pro hac vice*)
N. Drew Kemp (*pro hac vice*)
TUCKER ELLIS LLP
100 South Fourth Street, Suite 600
St. Louis, MO  63102-1822
Telephone:  314.256.2550
Facsimile:   314.256.2549
sandra.wunderlich@tuckerellis.com
drew.kemp@tuckerellis.com
Chelsea Mikula (*pro hac vice*)
C. Ashley Saferight (*pro hac vice*)
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH  44113-7213

6516048.1

Telephone:   216.592-5000
Facsimile:   216.592-5009
chelsea.mikula@tuckerellis.com
ashley.saferight@tuckerellis.com

Marcella C. Ducca
(Ga Bar No. 115079)
Brandon D. Cox
(Ga Bar No. 832025)
GREENBERG TRAURIG LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA  30305
Telephone:  678.553.2100
duccam@gtlaw.com
coxb@gtlaw.com
*Attorneys for Defendants Red Roof*
*Inns, Inc., FMW RRI NC, LLC,*
*RRI West Management, LLC, and*
*Red Roof Franchising, LLC*


Patrick J. McDonough
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
Jonathan S. Tonge
Georgia Bar No. 303999
jtonge@atclawfirm.com
Jennifer M. Webster
Georgia Bar No. 760381
jwebster@atclawfirm.com
One Sugar loaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile
*Attorneys for Plaintiff*

3