IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| G.W., <br><br> Plaintiff, <br><br> v. <br><br> RED ROOF INNS, INC.; FMW RRI NC, LLC; RRI WEST MANAGEMENT, LLC; AND RED ROOF FRANCHISING, LLC, <br><br> Defendants. | CASE NO. 1:23-cv-04542-SEG |

## SECOND AMENDED SCHEDULING ORDER

HAVING reviewed the parties' Consent Motion to Extend Discovery and Amend the Scheduling Order, and finding good cause, the Court enters the following:

a. Discovery closes October 7, 2024;

b. Dispositive motions and *Daubert* motions be filed by November 4, 2024;

c. If no dispositive motions are filed, the proposed Consolidated Pretrial Order will be due on November 22, 2024;

d. If a dispositive motion is filed, the proposed Consolidated Pretrial Order will be due within 30 days after the dispositive motions are decided, if necessary;

1

6516048.1

2

  e.  The clerk is directed to submit this action on November 25, 2024 if the parties have not filed a dispositive motion or proposed Pretrial Order;

  f.  Plaintiff's expert disclosures are to be served by August 30, 2024;

  g.  Defendants' expert disclosures are to be served by September 13, 2024;

  h.  Rebuttal experts are to be served by September 27, 2024;

SO ORDERED, this 1st day of July, 2024.

_____
SARAH E. GERAGHTY
UNITED STATES DISTRICT JUDGE

Prepared and presented by:
*/s/ Drew Kemp*
Sandra J. Wunderlich (*pro hac vice*)
N. Drew Kemp (*pro hac vice*)
TUCKER ELLIS LLP
100 South Fourth Street, Suite 600
St. Louis, MO  63102-1822
Telephone:  314.256.2550
Facsimile:  314.256.2549
sandra.wunderlich@tuckerellis.com
drew.kemp@tuckerellis.com
Chelsea Mikula (*pro hac vice*)
C. Ashley Saferight (*pro hac vice*)
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH  44113-7213

Telephone:   216.592-5000
Facsimile:   216.592-5009
chelsea.mikula@tuckerellis.com
ashley.saferight@tuckerellis.com

Marcella C. Ducca
(Ga Bar No. 115079)
Brandon D. Cox
(Ga Bar No. 832025)
GREENBERG TRAURIG LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA  30305
Telephone:  678.553.2100
duccam@gtlaw.com
coxb@gtlaw.com
***Attorneys for Defendants Red Roof Inns, Inc., FMW RRI NC, LLC, RRI West Management, LLC, and Red Roof Franchising, LLC***


Patrick J. McDonough
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
Jonathan S. Tonge
Georgia Bar No. 303999
jtonge@atclawfirm.com
Jennifer M. Webster
Georgia Bar No. 760381
jwebster@atclawfirm.com
One Sugar loaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile
***Attorneys for Plaintiff***

3

6516048.1