IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| G.W., | ) CASE NO. 1:23-cv-04542-SEG |
| Plaintiff, | ) |
| v. | ) |
| RED ROOF INNS, INC.; FMW RRI NC, LLC; RRI WEST MANAGEMENT, LLC; AND RED ROOF FRANCHISING, LLC, | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE OF NOTICE OF DEPOSITION

I hereby certify that on July 8, 2024, I served a true and correct copy of the following:

1. **DEFENDANTS RED ROOF INNS, INC., FMW RRI NC, LLC, RRI WEST MANAGEMENT, LLC, AND RED ROOF FRANCHISING, LLC'S AMENDED NOTICE OF VIDEOTAPED DEPOSITION OF PLAINTIFF G.W.**

via electronic mail addressed to counsel of record as follows:

Patrick J. McDonough
Jonathan S. Tonge
Andersen, Tate & Carr, P.C.
One Sugar Loaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, GA 30097

1

6524031.1
6524031.1

770-822-0900
jtonge@atclawfirm.com
pmcdonough@atclawfirm.com

Dated:  July 8, 2024

/s/ Drew Kemp
Sandra J. Wunderlich (*pro hac vice*)
N. Drew Kemp (*pro hac vice*)
TUCKER ELLIS LLP
100 South Fourth Street, Suite 600
St. Louis, MO  63102-1822
Telephone:  314.256.2550
Facsimile:   314.256.2549
sandra.wunderlich@tuckerellis.com
drew.kemp@tuckerellis.com
Chelsea Mikula (*pro hac vice*)
C. Ashley Saferight (*pro hac vice*)
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH  44113-7213
Telephone:  216.592-5000
Facsimile:   216.592-5009
chelsea.mikula@tuckerellis.com
ashley.saferight@tuckerellis.com

Marcella C. Ducca
(Ga Bar No. 115079)
Brandon D. Cox
(Ga Bar No. 832025)
GREENBERG TRAURIG LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA  30305
Telephone:  678.553.2100
duccam@gtlaw.com
coxb@gtlaw.com

**Attorneys for Defendants Red Roof**

2

6524031.1

*Inns, Inc., FMW RRI NC, LLC,*
*RRI West Management, LLC, and*
*Red Roof Franchising, LLC*

3

6524031.1