# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| G.W., | : |
| | : |
| Plaintiff, | : |
| | : CIVIL ACTION FILE NO. |
| | : 1:23-cv-04542-SEG |
| v. | : |
| | : |
| RED ROOF INNS, INC.; FMW RRI NC, LLC; RRI WEST MANAGEMENT, LLC; and RED ROOF FRANCHISING, LLC, | : |
| | : |
| Defendants. | : |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the foregoing *Plaintiff's supplemental document production, bates labeled Plaintiff G.W. 00958–01107* upon all counsel of record via electronic mail.

Respectfully submitted this 22nd day of July, 2024.

                              **ANDERSEN, TATE & CARR, P.C.**

                              */s/ Jonathan S. Tonge*
                              Patrick J. McDonough
                              Georgia Bar No. 489855
                              pmcdonough@atclawfirm.com
                              Jonathan S. Tonge
                              Georgia Bar No. 303999
                              jtonge@atclawfirm.com

                                                      Jennifer M. Webster
                                                      Georgia Bar No. 760381
                                                      jwebster@atclawfirm.com
                                                      *Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 236-9784 | Facsimile

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| G.W., : | |
| : | |
| Plaintiff, : | |
| : | CIVIL ACTION FILE NO. |
| : | 1:23-cv-04542-SEG |
| v. : | |
| : | |
| RED ROOF INNS, INC.; FMW : | |
| RRI NC, LLC; RRI WEST : | |
| MANAGEMENT, LLC; and RED : | |
| ROOF FRANCHISING, LLC, : | |
| : | |
| Defendants. : | |
| : | |

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

Respectfully submitted this 22nd day of July, 2024.

                                    **ANDERSEN, TATE & CARR, P.C.**

                                    */s/ Jonathan S. Tonge*
                                    Patrick J. McDonough
                                    Georgia Bar No. 489855
                                    pmcdonough@atclawfirm.com
                                    Jonathan S. Tonge
                                    Georgia Bar No. 303999
                                    jtonge@atclawfirm.com

                                      Jennifer M. Webster
                                      Georgia Bar No. 760381
                                      jwebster@atclawfirm.com
                                      *Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 236-9784 | Facsimile