# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| G.W., | ) CASE NO. 1:23-cv-04542-SEG |
| Plaintiff, | ) |
| v. | ) |
| RED ROOF INNS, INC.; FMW RRI NC, LLC; RRI WEST MANAGEMENT, LLC; AND RED ROOF FRANCHISING, LLC, | ) |
| Defendants. | ) |

**DEFENDANT RED ROOF INNS, INC., FMW RRI NC, LLC, RRI WEST MANAGEMENT, LLC, AND RED ROOF FRANCHISING, LLC'S NOTICE OF INDEPENDENT MEDICAL EXAMINATION OF PLAINTIFF G.W.**

**TO PLAINTIFF AND HER ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE** that Defendants, by and through their counsel of record hereby requests that Plaintiff G.W. appear for an independent medical examination with Matthew W. Norman, M.D. on August 22, 2024, commencing at 9:00 a.m. EST, which has been agreed to by all Parties. The purpose and scope of the examination is to evaluate Plaintiff G.W.'s alleged psychological and emotional injuries as a result of her alleged sex trafficking. The IME will be recorded and later distributed to all parties.

Dated: July 22, 2024

1

6533370

/s/ *Drew Kemp*
Sandra J. Wunderlich (*pro hac vice*)
N. Drew Kemp (*pro hac vice*)
TUCKER ELLIS LLP
100 South Fourth Street, Suite 600
St. Louis, MO  63102-1822
Telephone:  314.256.2550
Facsimile:   314.256.2549
sandra.wunderlich@tuckerellis.com
drew.kemp@tuckerellis.com
Chelsea Mikula (*pro hac vice*)
C. Ashley Saferight (*pro hac vice*)
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH  44113-7213
Telephone:  216.592-5000
Facsimile:   216.592-5009
chelsea.mikula@tuckerellis.com
ashley.saferight@tuckerellis.com

Marcella C. Ducca
(Ga Bar No. 115079)
Brandon D. Cox
(Ga Bar No. 832025)
GREENBERG TRAURIG LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA  30305
Telephone:  678.553.2100
duccam@gtlaw.com
coxb@gtlaw.com

**Attorneys for Defendants Red Roof Inns, Inc., FMW RRI NC, LLC, RRI West Management, LLC, and Red Roof Franchising, LLC**

2

6533370

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing Notice of Independent Medical Examination of Plaintiff was served upon all counsel of record via electronic mail this 22nd day of July, 2024.

/s/ *Drew Kemp*
Sandra J. Wunderlich (*pro hac vice*)
N. Drew Kemp (*pro hac vice*)
TUCKER ELLIS LLP
100 South Fourth Street, Suite 600
St. Louis, MO  63102-1822
Telephone:   314.256.2550
Facsimile:    314.256.2549
sandra.wunderlich@tuckerellis.com
drew.kemp@tuckerellis.com
Chelsea Mikula (*pro hac vice*)
C. Ashley Saferight (*pro hac vice*)
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH  44113-7213
Telephone:  216.592-5000
Facsimile:   216.592-5009
chelsea.mikula@tuckerellis.com
ashley.saferight@tuckerellis.com

Marcella C. Ducca
(Ga Bar No. 115079)
Brandon D. Cox
(Ga Bar No. 832025)
GREENBERG TAURIG LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA  30305
Telephone:  678.553.2100
duccam@gtlaw.com
coxb@gtlaw.com

3

*Attorneys for Defendants Red Roof Inns, Inc., FMW RRI NC, LLC, RRI West Management, LLC, and Red Roof Franchising, LLC*

Case 1:23-cv-04542-SEG   Document 50   Filed 07/22/24   Page 4 of 4

4