# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

|  |  |  |
|---|---|---|
| G.W., | ) | CASE NO. 1:23-cv-04542-SEG |
|  | ) |  |
| Plaintiff, | ) | JUDGE SARAH E. GERAGHTY |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| RED ROOF INNS, INC., et al., | ) |  |
|  | ) |  |
| Defendants. | ) |  |

## MOTION TO WITHDRAW AS COUNSEL FOR RED ROOF DEFENDANTS

Pursuant to Local Rule 83.1(E)(2), C. Ashley Saferight, counsel of record for Defendants Red Roof Inns, Inc., FMW RRI NC, LLC, RRI West Management, LLC, and Red Roof Franchising, LLC (collectively, "Red Roof Defendants"), respectfully requests that the Court allow her to withdraw from representing Red Roof Defendants in this matter. In support hereof, Ms. Saferight states as follows:

1. Ms. Saferight has left the law firm of Tucker Ellis LLP.

2. Chelsea Mikula, Sandra J. Wunderlich, and N. Drew Kemp of Tucker Ellis LLP will remain counsel of record for Red Roof Defendants.

3. Ms. Saferight's withdrawal will not prejudice any party.

6593806

WHEREFORE, PREMISES CONSIDERED, Ms. Saferight respectfully moves the Court for an Order allowing her to withdraw from representing Red Roof Defendants in this action.

Dated: August 30, 2024.

>Respectfully submitted,
>
>*/s/ C. Ashley Saferight*
>Chelsea Mikula (*pro hac vice*)
>C. Ashley Saferight (*pro hac vice*)
>TUCKER ELLIS LLP
>950 Main Avenue, Suite 1100
>Cleveland, OH  44113-7213
>Telephone:  216.592-5000
>Facsimile:   216.592-5009
>chelsea.mikula@tuckerellis.com
>ashley.saferight@tuckerellis.com
>
>Sandra J. Wunderlich (*pro hac vice*)
>N. Drew Kemp (*pro hac vice*)
>TUCKER ELLIS LLP
>100 South Fourth Street, Suite 600
>St. Louis, MO  63102-1822
>Telephone:  314.256.2550
>Facsimile:   314.256.2549
>sandra.wunderlich@tuckerellis.com
>drew.kemp@tuckerellis.com

6593806

> Marcella C. Ducca (Ga Bar No. 115079)
> Brandon D. Cox (Ga Bar No. 832025)
> GREENBERG TRAURIG LLP
> Terminus 200
> 3333 Piedmont Road NE, Suite 2500
> Atlanta, GA  30305
> Telephone:  678.553.2100
> duccam@gtlaw.com
> coxb@gtlaw.com
>
> *Attorneys for Defendants Red Roof Inns, Inc., FMW RRI NC, LLC, RRI West Management, LLC, and Red Roof Franchising, LLC*

## **RULE 7.1D CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D) of the United States District Court of the Northern District of Georgia, the undersigned certifies that the foregoing submission to the Court was computer-processed, double-spaced between lines, and used Times New Roman font of 14-point size.

Dated:  August 30, 2024.

>*/s/ C. Ashleigh Saferight*
>C. Ashley Saferight (*pro hac vice*)
>*One of the Attorneys for Red Roof Inns, Inc., FMW RRI NC, LLC, RRI West Management, LLC, and Red Roof Franchising, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 30, 2024, the ***Motion to Withdraw as Counsel for Red Roof Defendants*** was filed electronically. Service of this filing will be made pursuant to Fed. R. Civ. P. 5(b)(2)(E) through this Court's electronic filing system. Parties may access the filing through the Court's system.

>  */s/ C. Asheley Saferight*
> C. Ashley Saferight (*pro hac vice*)
> *One of the Attorneys for Red Roof Inns, Inc., FMW RRI NC, LLC, RRI West Management, LLC, and Red Roof Franchising, LLC*