**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| G.W., | ) | CASE NO. 1:23-cv-04542-SEG |
| | ) | |
| Plaintiff, | ) | JUDGE SARAH E. GERAGHTY |
| | ) | |
| v. | ) | |
| | ) | |
| RED ROOF INNS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING MOTION TO WITHDRAW
AS COUNSEL FOR RED ROOF DEFENDANTS**

The Court hereby GRANTS C. Ashley Saferight's request that the Court allow her to withdraw from representing Red Roof Defendants in this matter.

So ORDERED this _____ day of _____, 2024.

SARAH E. GERAGHTY
UNITED STATES DISTRICT JUDGE