IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| G.W., : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> RED ROOF INNS, INC., et al., : <br> : <br> Defendants. : <br> : | CIVIL ACTION FILE NO. <br> 1:23-cv-04542-SEG |

## **PLAINTIFF'S EXPERT DISCLOSURE**

Pursuant to Rule 26(a)(2)(A) of the Federal Rules of Civil Procedure, Plaintiff G.W. submits the names of the expert witnesses she anticipates calling to testify at trial to provide expert testimony in their respective fields.

## **RETAINED EXPERT**

(1) Abigail M. Judge, PhD
   Licensed Psychologist
   Massachusetts General Hospital
   Cox 1
   55 Fruit Street
   Boston, Massachusetts 02114

The report of the above-mentioned expert pursuant to Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure, is being served on Defendants in accordance with this Court's Amended Scheduling Order.

Respectfully submitted this 30th day of August, 2024.

                          **ANDERSEN, TATE & CARR, P.C.**

                          */s/ Jonathan S. Tonge*
                          Patrick J. McDonough
                          Georgia Bar No. 489855
                          pmcdonough@atclawfirm.com
                          Jonathan S. Tonge
                          Georgia Bar No. 303999
                          jtonge@atclawfirm.com
                          Jennifer M. Webster
                          Georgia Bar No. 760381
                          jwebster@atclawfirm.com
                          *Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

## **CERTIFICATE OF COMPLIANCE**

Pursuant to L.R. 7.1D, Counsel certifies that the foregoing document complies with the font and point selections approved by the Court in L.R. 5.1.C. This document was prepared using Times New Roman 14-point font.

Respectfully submitted this 30th day of August, 2024.

                      **ANDERSEN, TATE & CARR, P.C.**

                      */s/ Jonathan S. Tonge*
                      Patrick J. McDonough
                      Georgia Bar No. 489855
                      pmcdonough@atclawfirm.com
                      Jonathan S. Tonge
                      Georgia Bar No. 303999
                      jtonge@atclawfirm.com
                      Jennifer M. Webster
                      Georgia Bar No. 760381
                      jwebster@atclawfirm.com
                      *Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record.

Respectfully submitted this 30th day of August, 2024.

                        **ANDERSEN, TATE & CARR, P.C.**

                        */s/ Jonathan S. Tonge*
                        Patrick J. McDonough
                        Georgia Bar No. 489855
                        pmcdonough@atclawfirm.com
                        Jonathan S. Tonge
                        Georgia Bar No. 303999
                        jtonge@atclawfirm.com
                        Jennifer M. Webster
                        Georgia Bar No. 760381
                        jwebster@atclawfirm.com
                        *Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile