IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| G.W., | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION FILE NO. |
| v. | : | 1:23-cv-04542-SEG |
| | : | |
| RED ROOF INNS, INC., et al., | : | |
| | : | |
| Defendants. | : | |
| | : | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the foregoing *Plaintiff's Supplemental Objections and Responses to Defendant Red Roof Franchising, LLC'S First Interrogatories, Plaintiff's Supplemental Responses to Defendant Red Roof Franchising, LLC's First Requests for Production of Documents, and Plaintiff's Supplemental document production, bates labeled Plaintiff G.W. 01108–01186* upon all counsel of record via electronic mail.

Respectfully submitted this 30th day of August, 2024.

                                     **ANDERSEN, TATE & CARR, P.C.**

                                     */s/ Jonathan S. Tonge*
                                     Patrick J. McDonough
                                     Georgia Bar No. 489855
                                     pmcdonough@atclawfirm.com
                                     Jonathan S. Tonge
                                     Georgia Bar No. 303999
                                     jtonge@atclawfirm.com

                                              Jennifer M. Webster
                                              Georgia Bar No. 760381
                                              jwebster@atclawfirm.com
                                              *Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile