THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| G.W., | ) CASE NO. 1:23-cv-04542-SEG |
| Plaintiff, | ) |
| | ) JUDGE SARAH E. GERAGHTY |
| v. | ) |
| | ) |
| RED ROOF INNS, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

Pursuant to Rule 26(a)(2)(A) of the Federal Rules of Civil Procedure,

Defendants Red Roof Inns, Inc., FMW RRI NC, LLC, RRI West Management, LLC,

and Red Roof Franchising, LLC hereby certify that a true and correct copy of

Defendants' Expert Witness Disclosure listing the witnesses that they anticipate

calling to testify at trial to provide expert testimony in their respective fields, along

with a copy of their reports, were served on all counsel of record via electronic mail.

Dated: September 13, 2024          Respectfully submitted,

*/s/ Sandra J. Wunderlich*
Sandra J. Wunderlich (pro hac vice)
N. Drew Kemp (pro hac vice)
TUCKER ELLIS LLP
100 South Fourth Street, Suite 600
St. Louis, MO 63102-1822
Telephone:  314.256.2550
Facsimile:   314.256.2549
sandra.wunderlich@tuckerellis.com
drew.kemp@tuckerellis.com

Marcella C. Ducca (Ga Bar No. 115079)
Brandon D. Cox (Ga Bar No. 832025)
GREENBERG TRAURIG LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA  30305
Telephone:  678.553.2100
duccam@gtlaw.com
coxb@gtlaw.com

Chelsea Mikula (pro hac vice)
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH  44113-7213
Telephone:  216.592.5000
Facsimile:   216.592.5009
chelsea.mikula@tuckerellis.com

*Attorneys for Defendants Red Roof Inns, Inc.,
FMW RRI NC, LLC, RRI West Management,
LLC, and Red Roof Franchising, LLC*

2

## <u>RULE 7.1D CERTIFICATE OF COMPLIANCE</u>

Pursuant to Local Rule 7.1(D) of the United States District Court of the

Northern District of Georgia, the undersigned certifies that the foregoing submission

to the Court was computer-processed, double-spaced between lines, and used Times

New Roman font of 14-point size.

Dated:  September 13, 2024                    */s/ Sandra J. Wunderlich*
                                              Sandra J. Wunderlich

                                              *One of the Attorneys for Defendants Red*
                                              *Roof Inns, Inc., FMW RRI NC, LLC,*
                                              *RRI West Management, LLC, and*
                                              *Red Roof Franchising, LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2024 this *Certificate of Service* was filed electronically. Service of this filing will be made pursuant to Civ. R. 5(b)(2)(e) by operation of this Court's electronic filing system. Parties may access the filing through the Court's system.

*/s/ Sandra J. Wunderlich*
Sandra J. Wunderlich

*One of the Attorneys for Defendants Red Roof Inns, Inc., FMW RRI NC, LLC, RRI West Management, LLC, and Red Roof Franchising, LLC*