IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| G.W., | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 1:23-cv-04542-SEG |
| RED ROOF INNS, INC., *et al.* | ) |
| Defendants. | ) **NOTICE OF SERVICE OF DEPOSITION SUBPOENA** |

Pursuant to Fed R. Civ. P. 45(b)(4) Defendants Red Roof Inns, Inc., FMW RRI NC, LLC; RRI West Management, LLC, and Red Roof Franchising, LLC, provide notice of the service of a deposition subpoena on Larissa Mathis, 808 Magnolia Way NW, Apt. 1101, Atlanta, GA 30314.  The deposition was noticed for Wednesday, September 25, 2024 at 9:00 a.m. EST at the offices of Greenberg Traurig LLP, Terminus 200, 3333 Piedmont Road NE, Suite 2500, Atlanta, Georgia 30305.  A copy of the subpoena and proof of service is attached hereto as Exhibit A.

Dated: September 17, 2024         Respectfully submitted,

/s/ Marcella C. Ducca
Marcella C. Ducca (Ga Bar No. 115079)
Brandon D. Cox (Ga Bar No. 832025)
GREENBERG TRAURIG LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA  30305
Telephone:  678.553.2100
duccam@gtlaw.com
coxb@gtlaw.com

Sandra J. Wunderlich (pro hac vice)
TUCKER ELLIS LLP
100 South Fourth Street, Suite 600
St. Louis, MO 63102-1822
Telephone:  314.256.2550
Facsimile:   314.256.2549
sandra.wunderlich@tuckerellis.com

Chelsea Mikula (pro hac vice)
C. Ashley Saferight (pro hac vice)
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH  44113-7213
Telephone:  216.592.5000
Facsimile:   216.592.5009
chelsea.mikula@tuckerellis.com
ashley.saferight@tuckerellis.com

*Attorneys for Defendants Red Roof Inns, Inc., FMW RRI NC, LLC, RRI West Management, LLC, and Red Roof Franchising, LLC*

## **RULE 7.1D CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D) of the United States District Court of the Northern District of Georgia, the undersigned certifies that the submission to the Court was computer-processed, double-spaced between lines, and used Times New Roman font of 14-point size.

Dated: September 17, 2024

*/s/ Marcella C. Ducca*
Marcella C. Ducca

*Attorneys for Defendants Red Roof Inns, Inc., FMW RRI NC, LLC, RRI West Management, LLC, and Red Roof Franchising, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2024, a copy of the foregoing was filed electronically. Service of this filing will be made pursuant to Civ. R. 5(b)(2)(e) through this Court's electronic filing system.  Parties may access the filing through the Court's system.

Dated: September 17, 2024

                                        */s/ Marcella C. Ducca*
                                        Marcella C. Ducca

                                        *Attorneys for Defendants Red Roof Inns, Inc., FMW RRI NC, LLC, RRI West Management, LLC, and Red Roof Franchising, LLC*