IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| G.W.,<br><br>    Plaintiff,<br><br>v.<br><br>RED ROOF INNS, INC., et al.,<br><br>    Defendants. | CIVIL ACTION NO.<br>1:23-cv-04542-SEG |

## ORDER

This case is before the Court on attorney C. Ashley's Saferight's motion to withdraw as counsel for Defendants Red Roof Inns, Inc., FMW RRI NC, LLC, RRI West Management, LLC, and Red Roof Franchising, LLC. (Doc. 51.) The motion is GRANTED. The Clerk is DIRECTED to terminate C. Ashley Saferight as counsel of record in this action.

SO ORDERED this 19th day of September, 2024.

*/s/ Sarah E. Geraghty*
SARAH E. GERAGHTY
UNITED STATES DISTRICT JUDGE