## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| G.W., | ) | CASE NO. 1:23-cv-04542-SEG |
| Plaintiff, | ) | |
| | ) | JUDGE SARAH E. GERAGHTY |
| v. | ) | |
| | ) | |
| RED ROOF INNS, INC.; | ) | |
| FMW RRI NC, LLC; RRI WEST | ) | |
| MANAGEMENT, LLC; AND RED | ) | |
| ROOF FRANCHISING, LLC, | ) | |
| Defendants. | ) | |
| | ) | |

## DEFENDANTS' SUPPLEMENTAL INITIAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(A)(1) AND LOCAL RULE 26.1(B)(1)

Defendants Red Roof Inns, Inc., FMW RRI NC, LLC, RRI West Management, LLC, and Red Roof Franchising, LLC ("Red Roof Defendants"), by and through counsel, provide the following supplemental information pursuant to Federal Rule of Civil Procedure 26(a)(1) and Local Rule 26.1(B)(1).

**7.** **Provide a copy of, or description by category and location of, all documents, data compilations or other electronically stored information, and tangible things in your possession, custody, or control that you may use to support your claims or defenses unless solely for impeachment, identifying the subjects of the information.**

In addition to the disclosures made on January 24, 2024, please see

***Attachment B***. Red Roof Defendants do not intend to waive, and expressly reserve, any and all objections they may assert in the future to any discovery request

6625369

propounded by the parties to this action. All documents disclosed as part of these Initial Disclosures are identified without admitting the authenticity, relevancy, materiality, discoverability, or admissibility of any document and Red Roof Defendants expressly reserve all objections to their use or further production. By identifying the documents herein, Red Roof Defendants do not intend to waive, and expressly reserves the right to assert, any and all applicable privileges that may apply to documents that may fall within one or more categories. By disclosing potential witnesses and files that may contain privileged information, Red Roof Defendants do not intend to waive, and expressly reserve, the right to assert the attorney-client privilege and the protections of the work-product doctrine. Red Roof Defendants also reserve the right to supplement these Disclosures in the course of discovery in this matter.

Dated:  September 23, 2024          Respectfully submitted,

/s/ N. D. Kemp
Sandra J. Wunderlich (*pro hac vice*)
N. Drew Kemp (*pro hac vice*)
TUCKER ELLIS LLP
100 South Fourth Street, Suite 600
St. Louis, MO  63102-1822
Telephone:  314.256.2550
Facsimile:   314.256.2549
sandra.wunderlich@tuckerellis.com
drew.kemp@tuckerellis.com

Chelsea Mikula (*pro hac vice*)
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100

2

6625369

Cleveland, OH  44113-7213
Telephone:  216.592-5000
Facsimile:   216.592-5009
chelsea.mikula@tuckerellis.com
ashley.saferight@tuckerellis.com


Marcella C. Ducca
(Ga Bar No. 115079)
Brandon D. Cox
(Ga Bar No. 832025)
GREENBERG TRAURIG LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA  30305
Telephone:  678.553.2100
duccam@gtlaw.com
coxb@gtlaw.com

*Attorneys for Defendants Red Roof Inns,
Inc., FMW RRI NC, LLC, RRI West
Management, LLC, and Red Roof
Franchising, LLC*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 23, 2024, a copy of the foregoing was served via email to the following:

> Patrick J. McDonough
> Jonathan S. Tonge
> Jennifer M. Webster
> ANDERSEN, TATE & CARR
> One Sugarloaf Centre
> 1960 Satellite Boulevard, Suite 4000
> Duluth, GA  30097
> pmcdonough@atclawfirm.com
> jtonge@atclawfirm.com
> jwebster@atclawfirm.com
> *Attorneys for Plaintiff*

>> */s/ N. D. Kemp*_____
>> N. Drew Kemp (*pro hac vice*)
>> *One of the Attorneys for Defendants*
>> *Red Roof Inns, Inc., FMW RRI NC, LLC,*
>> *RRI West Management, LLC, and Red*
>> *Roof Franchising, LLC*

6625369

**<u>Attachment B to Red Roof Defendants' Initial Disclosures</u>**

Pursuant to Paragraph 7 of their Initial Disclosures, Red Roof Defendants identify the following documents. Specifically, Red Roof Defendants acknowledge an agreement between Plaintiff's counsel that all ESI and document productions previously made in W.K. and Jane Doe 1-4 cases can be shared in this case. Red Roof Defendants refer to the lengthy productions in those cases as documents, data compilations or other electronically stored information, and tangible things in its possession, custody, or control that it may use to support their claims or defenses. Further responding, Red Roof Defendants identify the following categories of documents:

- Law enforcement records and case files, including but not limited to the City of Smyrna Police Department, Cobb County Sheriff's Department, Georgia Bureau of Criminal Investigation, Federal Bureau of Investigation, and/or any other law enforcement agency, if there are any.

- The Plaintiff's medical records.

- Documents relating to any criminal proceedings or investigations involving the unnamed trafficker(s) referenced in Plaintiff's Complaint.

- Documents related to Plaintiff's damages.

- Documents sufficient to show the corporate relationship between Red Roof Defendants, and their relationship to the Smyrna Property, ***<u>including but not limited to RRI_GW_0000001-RRI_GW_0000074</u>***.

- Organizational charts for the various Red Roof entities.

- Numerous manuals, including but not limited to operations manual(s), MIT (Manager in Training) manual(s), brand standards manual(s).

6625369

- Safety and security training provided by Red Roof Defendants.

- The franchise agreement of the applicable property.

- Any security agreements for the entity responsible for providing security services for the applicable property, if any.

- Various training documents.

- Any and all correspondence between the parties.

- Documents identified in Plaintiff's Fed. R. Civ. P. 26(a)(1) disclosures and/or any supplemental disclosures.

- Documents identified and/or produced by Plaintiff in response to requests for production of documents pursuant to Fed. R. Civ. P. 34 and/or any supplemental responses.

- Any and all responses to written discovery.

- Any and all documents relevant for purposes of rebuttal.

- Any and all documents reviewed and/or relied upon by any expert or non-expert witness.

- Any and all documents relevant for purposes of impeachment of any party, witness, or evidence.

6625369