IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| G.W., <br><br> Plaintiff, <br><br> v. <br><br> RED ROOF INNS, INC., *et al.* <br><br> Defendants. | ) CASE NO. 1:23-cv-04542-SEG <br> ) <br> ) JUDGE SARAH E. GERAGHTY <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### DEFENDANTS RED ROOF INNS, INC., FMW RRI NC, LLC, RRI WEST MANAGEMENT, LLC, AND RED ROOF FRANCHISING, LLC'S NOTICE OF INTENT TO SERVE NON-PARTY SUBPOENA

Pursuant to Fed R. Civ. P. 45(b)(4) Defendants Red Roof Inns, Inc., FMW RRI NC, LLC, RRI West Management, LLC, and Red Roof Franchising, LLC, (collectively "RRI"), by and through its undersigned counsel, hereby provide notice that it will begin the process of serving the below-described civil Subpoena, to produce documents, a copy of which is attached hereto, to the non-party below:

- C H Security Services LLC, 1241 Canton St., Ste 200, Roswell, GA 30075

6631980.1

Dated: October 1, 2024

Respectfully submitted,

/s/ Marcella C. Ducca
Marcella C. Ducca (Ga Bar No. 115079)
Brandon D. Cox (Ga Bar No. 832025)
GREENBERG TAURIG LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Telephone: 678.553.2100
duccam@gtlaw.com
coxb@gtlaw.com

Sandra J. Wunderlich (pro hac vice)
TUCKER ELLIS LLP
100 South Fourth Street, Suite 600
St. Louis, MO 63102-1822
Telephone: 314.256.2550
Facsimile: 314.256.2549
sandra.wunderlich@tuckerellis.com

Chelsea Mikula (pro hac vice)
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone: 216.592.5000
Facsimile: 216.592.5009
chelsea.mikula@tuckerellis.com

*Attorneys for Defendants Red Roof Inns, Inc., FMW RRI NC, LLC, RRI West Management, LLC, and Red Roof Franchising, LLC*

6631980.1

## RULE 7.1D CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D) of the United States District Court of the Northern District of Georgia, the undersigned certifies that the submission to the Court was computer-processed, double-spaced between lines, and used Times New Roman font of 14-point size.

Dated: October 1, 2024

*/s/ Marcella C. Ducca*
Marcella C. Ducca

*Attorneys for Defendants Red Roof Inns, Inc., FMW RRI NC, LLC, RRI West Management, LLC, and Red Roof Franchising, LLC*

## CERTIFICATE OF SERVICE

    I hereby certify that on October 1, 2024, a copy of the foregoing was filed electronically. Service of this filing will be made pursuant to Civ. R. 5(b)(2)(e) through this Court's electronic filing system. Parties may access the filing through the Court's system.

Dated: October 1, 2024

                                                */s/ Marcella C. Ducca*
                                                Marcella C. Ducca

                                                *Attorneys for Defendants Red Roof Inns, Inc., FMW RRI NC, LLC, RRI West Management, LLC, and Red Roof Franchising, LLC*

6631980.1