## Alexis O. Rivera

| | |
|---|---|
| **From:** | Pat McDonough |
| **Sent:** | Tuesday, February 28, 2023 9:11 AM |
| **To:** | Allushi, Adi |
| **Cc:** | Alexis O. Rivera; Briscoe, Tameika; Mobley, Cameron; Nation, Deborah; Jonathan S. Tonge |
| **Subject:** | Re: H.B. v. RRI, et al. |
| **Attachments:** | image001.png; image002.png; image003.png; image004.png; image005.png; image006.png; image007.png; Logo_e6253148-26a1-47a9-b861-6ac0ff0bc3c4.png |

Hi Adi, the agreement is confirmed with your redline additions.

Thanks, Pat

Sent from my iPhone





*Please join us at Andersen, Tate & Carr for our annual Relay for Life Cookout Thursday, May 18th, 2023 12:00 - 3:00 p.m.*

        *DONATE Here*        |        *RSVP Here*

**Patrick J. McDonough, ESQ.**
Partner

Tel:   770-822-0900
Dir:   678-518-6859
Fax:  770-236-9795
Email: pmcdonough@atclawfirm.com
Web: www.atclawfirm.com



Andersen, Tate & Carr, P.C.
1960 Satellite Boulevard
Suite 4000
Duluth, Georgia 30097
Map and Directions

On Feb 27, 2023, at 6:49 PM, Allushi, Adi <adi.allushi@lewisbrisbois.com> wrote:

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Hi Pat – confirmed, subject to the below qualifiers in red. Thanks.

<Logo_e6253148-26a1-47a9-b861-6ac0ff0bc3c4.png>        **Adi Allushi**
**Partner**
**Adi.Allushi@lewisbrisbois.com**

1

**T: 404.991.2173 F: 404.467.8845**

600 Peachtree Street NE, Suite 4700, Atlanta, GA 30308 | LewisBrisbois.com

**Representing clients from coast to coast. View our locations nationwide.**

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are no
intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then
delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

**From:** Pat McDonough <pmcdonough@atclawfirm.com>
**Sent:** Monday, February 27, 2023 1:04 PM
**To:** Allushi, Adi <Adi.Allushi@lewisbrisbois.com>
**Cc:** Alexis O. Digiorgio <adigiorgio@atclawfirm.com>; Briscoe, Tameika
<Tameika.Briscoe@lewisbrisbois.com>; Mobley, Cameron <Cameron.Mobley@lewisbrisbois.com>;
Nation, Deborah <Deborah.Nation@lewisbrisbois.com>; Jonathan S. Tonge <jtonge@atclawfirm.com>
**Subject:** [EXT] RE: H.B. v. RRI, et al.

Adi,

To further clarify, this is the agreement as I understand it. Please confirm.

This agreement applies to HB and the following unfiled cases: GW, AJ, TW, MP, KH, and CH. We cannot make agreements about potential clients we may or may not represent in the future as that would violate the rules of professional conduct.

RRI West and the current parties consent to the motion to add RRI West in HB. RRI West and the current parties agree not to seek apportionment to any other Red Roof or Westmont-related entities.

The parties agree to share for use in these cases all depositions taken in WK, CP, WR, JA and the Jane Doe 1-4 cases. The parties also agree to share for use in these cases all ESI and document productions previously made by either party. The parties agree said use is subject to admissibility and evidentiary rules.

We agree that all employees and executives that have already been deposed in the above cases will not be deposed again in the HB case, or the six cases listed above except for a short (less than one hour) deposition of operations employees related to a property not included in the previous depositions. Likewise, Defendants will not re-depose any clients or former clients who were already deposed in the other cases, except for a short deposition, if required, related to the HB, GW, AJ, TW, MP, KH, and CH action.

Please confirm this agreement today. We will file the motion, with or without consent, tomorrow. Thanks.

*Please join us at Andersen, Tate & Carr for our annual Relay for Life Cookout Thursday, May 18th, 2023 12:00 - 3:00 p.m.*

*DONATE Here    |    RSVP Here*

**Patrick J. McDonough, ESQ.**
**Partner**

Tel:   770-822-0900
Dir:   678-518-6859
Fax:   770-236-9795
Email:pmcdonough@atclawfirm.com
Web: www.atclawfirm.com

Andersen, Tate & Carr, P.C.

|  | 1960 Satellite Boulevard<br>Suite 4000<br>Duluth, Georgia 30097<br>Map and Directions |
|---|---|

**From:** Allushi, Adi <Adi.Allushi@lewisbrisbois.com>
**Sent:** Friday, February 24, 2023 5:53 PM
**To:** Pat McDonough <pmcdonough@atclawfirm.com>
**Cc:** Alexis O. Digiorgio <adigiorgio@atclawfirm.com>; Briscoe, Tameika
<Tameika.Briscoe@lewisbrisbois.com>; Mobley, Cameron <Cameron.Mobley@lewisbrisbois.com>;
Nation, Deborah <Deborah.Nation@lewisbrisbois.com>; Jonathan S. Tonge <jtonge@atclawfirm.com>
**Subject:** RE: H.B. v. RRI, et al.

CAUTION: This email originated from outside your organization. Exercise caution when opening
attachments or clicking links, especially from unknown senders.

Pat – as discussed, please respond that you consent to be bound by the agreement that all Red Roof (all
legal entities) employees and executives that have already been deposed will not be deposed again in
the HB case, or any of your unfiled cases (whether retained clients or not), except for a short (less than
one hour) deposition of operations employees related to a property not included in the previous
depositions. In exchange, RRI West will consent to the motion to add it as a party in HB. Thanks

Adi

**Adi Allushi**
**Partner**
<image007.png>                    Adi.Allushi@lewisbrisbois.com

**T: 404.991.2173 F: 404.467.8845**

600 Peachtree Street NE, Suite 4700, Atlanta, GA 30308 | LewisBrisbois.com

**Representing clients from coast to coast. View our locations nationwide.**

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are no
intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then
delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

**From:** Pat McDonough <pmcdonough@atclawfirm.com>
**Sent:** Friday, February 10, 2023 12:54 PM
**To:** Allushi, Adi <Adi.Allushi@lewisbrisbois.com>
**Cc:** Alexis O. Digiorgio <adigiorgio@atclawfirm.com>; Briscoe, Tameika
<Tameika.Briscoe@lewisbrisbois.com>; Mobley, Cameron <Cameron.Mobley@lewisbrisbois.com>;
Nation, Deborah <Deborah.Nation@lewisbrisbois.com>; Jonathan S. Tonge <jtonge@atclawfirm.com>
**Subject:** [EXT] Re: H.B. v. RRI, et al.

Adi,
Hope you are well.
Jon has sent a few emails and I sent you a text. As we did in the CP and WR, will you consent for us to
add RRI West Management as a Defendant in HB case?
Thanks in advance, Pat
Sent from my iPhone

**Patrick J. McDonough, ESQ.**
**Partner**

| | |
|---|---|
| Tel: | 770-822-0900 |
| Dir: | 678-518-6859 |
| Fax: | 770-236-9795 |
| Email: | pmcdonough@atclawfirm.com |
| Web: | www.atclawfirm.com |

Andersen, Tate & Carr, P.C.
1960 Satellite Boulevard
Suite 4000
Duluth, Georgia 30097
Map and Directions

On Feb 9, 2023, at 10:16 AM, Jonathan S. Tonge <jtonge@atclawfirm.com> wrote:

Adi, any word on this request?

**Jonathan S. Tonge**
**Attorney at Law**

| | |
|---|---|
| Tel: | 770-822-0900 |
| Fax: | 770-236-9784 |
| Email: | jtonge@atclawfirm.com |

**From:** Jonathan S. Tonge
**Sent:** Friday, February 3, 2023 9:51 AM
**To:** Alexis O. Digiorgio <adigiorgio@atclawfirm.com>; Briscoe, Tameika <Tameika.Briscoe@lewisbrisbois.com>; Mobley, Cameron <Cameron.Mobley@lewisbrisbois.com>; Nation, Deborah <Deborah.Nation@lewisbrisbois.com>; Pat McDonough <pmcdonough@atclawfirm.com>
**Subject:** H.B. v. RRI, et al.

Adi, as in C.P. and W.R., will y'all consent to the addition of RRI West Management as a defendant? If so, I'll draft a consent motion and send it around. Let me know and I'll get that over to you.

Thanks,
Jon

**Jonathan S. Tonge**
**Attorney at Law**

| | |
|---|---|
| Tel: | 770-822-0900 |
| Fax: | 770-236-9784 |
| Email: | jtonge@atclawfirm.com |
| Web: | www.atclawfirm.com |

Andersen, Tate & Carr, P.C.
1960 Satellite Boulevard
Suite 4000
Duluth, Georgia 30097
Map and Directions