```
 1                IN THE UNITED STATES DISTRICT COURT
                 FOR THE NORTHERN DISTRICT OF GEORGIA
 2                         ATLANTA DIVISION

 3

 4   W.K. et al.,                   )
                                    )
 5             Plaintiffs,          )
             v.                     )  CIVIL ACTION
 6                                  )  FILE NO. 1:20-CV-05263-VMC
     RED ROOF INNS, INC. et al.,    )
 7                                  )
              Defendants.           )  JURY TRIAL
 8   _____)  VOLUME 2 - P.M.

 9

10
     ---------------------------------------------------------
11

12        BEFORE THE HONORABLE VICTORIA M. CALVERT

13                  TRANSCRIPT OF PROCEEDINGS

14          JUNE 12, 2024    AFTERNOON SESSION

15
     ---------------------------------------------------------
16

17

18
           Proceedings recorded by mechanical stenography
19          and computer-aided transcript produced by

20

21

22      JUDITH M. WOLFF, CERTIFIED REALTIME REPORTER
                  Official Court Reporter
23                 1914 U.S. Courthouse
                75 Ted Turner Drive, SW
24              Atlanta, Georgia  30303
                    (404) 215-1317
25
```

1   hotel staff working at that location, like front desk
2   employees and housekeepers.
3           The Smyrna Red Roof Inn was owned and operated by
4   Red Roof corporate affiliates until December 14, 2012.
5           Prior to December 14, 2012, FMW, a real estate
6   holding company, owned the land.
7           Also prior to December 14, 2012, defendant RRI West
8   operated the hotel, and defendant Red Roof Inns,
9   Incorporated, employed the hotel staff working at the Smyrna
10  hotel.
11          Varahi, LLC, purchased the Smyrna location on
12  December 14, 2012.  After that date, Varahi owned the land
13  and employed the staff who worked at the location.
14          From December 14, 2012, until the end of the time
15  any plaintiff has said she was trafficked at -- no -- any
16  plaintiff may testify that she was trafficked at the Smyrna
17  location, Varahi contracted with defendant Red Roof
18  Franchising through a franchise agreement to use the Red Roof
19  Inn brand.
20          Andrew Alexander, who served as the Red Roof Inn
21  brand's general counsel from 2007 to 2013, and its president
22  from 2009 to 2020, was employed by defendant RRI West
23  Management, LLC.
24          Vanessa Cole, who worked as a floating general
25  manager primarily at Smyrna, but occasionally at Buckhead,