# Alexis O. Rivera

| | |
|---|---|
| **From:** | Jonathan S. Tonge |
| **Sent:** | Friday, September 27, 2024 9:33 AM |
| **To:** | Kemp, N. Drew; Pat McDonough; Jennifer M. Webster |
| **Cc:** | Diver, Marissa; Wunderlich, Sandra J.; Manno, Joseph A.; Mikula, Chelsea; Alexis O. Rivera |
| **Subject:** | RE: GW v. RRI - Supplemental Disclosures |
| **Attachments:** | RRI_GW_0000001.pdf; RRI_GW_0000008.pdf; Defendants' Supplemental Initial Disclosures.pdf; GW - GA - Amended Expert Report for M. Seid (Franchise)_6627060_1.PDF |

All,

The supplemental disclosure, the recent production of documents, and an "amended" report this week raise a number of issues and questions that we need to address.

First, after five years of litigation about this time period and this hotel (which discovery we are sharing in this case) on September 23, 2024 Red Roof disclosed that *another* Red Roof entity owned the Smyrna Red Roof. We had a trial in June about this time period and this hotel and never heard a word about this entity or these documents.

Even so, our interest is in expeditiously concluding this litigation, not extending it. To that end, we propose the following, which I presume Defendants will consent to, but need you to confirm.

Do Defendants consent to:

1. A motion to add R-Roof VI, LLC as a party to this case;
2. Maintaining the current scheduling order, but agreeing that Plaintiffs may take three depositions outside discovery, a 30(b)6 of this newly-discovered entity, as well as fact depositions of David Weinstein, secretary and treasurer of R-Roof VI, LLC, and Mohamed Thowfeek, president of R-Roof VI, LLC. Given the conduct at issue, we request that these depositions take place in person, in Atlanta.

Additionally, the existence and exceedingly late disclosure of this evidence raises the following questions which we request Defendants provide answers to in writing.

1. Why were these documents never produced in the W.K. case (whose discovery we are sharing in this case)?
2. When did Defendants find these documents?
3. How did Defendants find these documents?
4. Are there other documents responsive to discovery requests made in the Jane Doe cases or W.K. that have not been produced?
    1. If so, what are they and when will you produce them?
5. Have Defendants checked the discovery requests in the Jane Doe cases and W.K. to confirm that they have no other responsive documents to those discovery requests (which, again, we are sharing in this case)?
6. Can you send us an updated privilege log of any other newly-discovered documents that you are claiming are privileged?

Finally, please confirm that Defendants have complied with their discovery requests and produced all documents responsive to discovery in the Jane Doe and W.K. cases which we are sharing in the GW case.

Thanks,

Jon

| | |
|---|---|
| **Jonathan S. Tonge**<br>Partner | Tel:   770-822-0900<br>Fax:   770-236-9784<br>Email: jtonge@atclawfirm.com<br><br>**ANDERSEN \| TATE \| CARR**<br>A FULL SERVICE GEORGIA LAW FIRM |

**From:** Kemp, N. Drew <drew.kemp@tuckerellis.com>
**Sent:** Monday, September 23, 2024 2:42 PM
**To:** Jonathan S. Tonge <jtonge@atclawfirm.com>; Pat McDonough <pmcdonough@atclawfirm.com>; Jennifer M. Webster <jwebster@atclawfirm.com>
**Cc:** Diver, Marissa <Marissa.Diver@tuckerellis.com>; Wunderlich, Sandra J. <Sandra.Wunderlich@tuckerellis.com>; Manno, Joseph A. <Joseph.Manno@tuckerellis.com>; Mikula, Chelsea <Chelsea.Mikula@tuckerellis.com>; Alexis O. Rivera <arivera@atclawfirm.com>
**Subject:** RE: GW v. RRI - Supplemental Disclosures

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Good afternoon,

Please see attached Defendants' Supplemental Initial Disclosures, including deed and franchise agreement Bates labeled: RRI_GW_0000001-RRI_GW_0000074.

**N. Drew Kemp | Attorney | Tucker Ellis LLP**
100 South 4th Street | Ste. 600 | St. Louis, MO  63102
Direct: 314-256-2540 | Fax: 314-256-2549
drew.kemp@tuckerellis.com
tuckerellis.com

This e-mail is sent by the law firm of Tucker Ellis LLP and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately by return email.

**From:** Jonathan S. Tonge <jtonge@atclawfirm.com>
**Sent:** Wednesday, September 18, 2024 10:54 AM
**To:** Kemp, N. Drew <drew.kemp@tuckerellis.com>
**Cc:** Diver, Marissa <Marissa.Diver@tuckerellis.com>; Wunderlich, Sandra J. <Sandra.Wunderlich@tuckerellis.com>; Manno, Joseph A. <Joseph.Manno@tuckerellis.com>; Mikula, Chelsea <Chelsea.Mikula@tuckerellis.com>; Pat McDonough <pmcdonough@atclawfirm.com>; Jennifer M. Webster <jwebster@atclawfirm.com>; Alexis O. Rivera <arivera@atclawfirm.com>
**Subject:** RE: GW v. RRI - Meet and Confer, Depositions

**<<< EXTERNAL EMAIL >>>**