## Alexis O. Rivera

| | |
|---|---|
| **From:** | Jonathan S. Tonge |
| **Sent:** | Tuesday, October 1, 2024 1:52 PM |
| **To:** | Wunderlich, Sandra J.; Kemp, N. Drew; Pat McDonough; Jennifer M. Webster |
| **Cc:** | Diver, Marissa; Manno, Joseph A.; Mikula, Chelsea; Alexis O. Rivera |
| **Subject:** | RE: GW v. RRI - Supplemental Disclosures |

I will let the Court know. Given the discovery deadline in 6 days, we will proceed with our filing today.

**Jonathan S. Tonge**
Partner

Tel:   770-822-0900
Fax:   770-236-9784
Email: jtonge@atclawfirm.com



---

**From:** Wunderlich, Sandra J. <Sandra.Wunderlich@tuckerellis.com>
**Sent:** Tuesday, October 1, 2024 1:51 PM
**To:** Jonathan S. Tonge <jtonge@atclawfirm.com>; Kemp, N. Drew <drew.kemp@tuckerellis.com>; Pat McDonough <pmcdonough@atclawfirm.com>; Jennifer M. Webster <jwebster@atclawfirm.com>
**Cc:** Diver, Marissa <Marissa.Diver@tuckerellis.com>; Manno, Joseph A. <Joseph.Manno@tuckerellis.com>; Mikula, Chelsea <Chelsea.Mikula@tuckerellis.com>; Alexis O. Rivera <arivera@atclawfirm.com>
**Subject:** RE: GW v. RRI - Supplemental Disclosures

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Hi Jon.  We do oppose the requests, but will provide a more detailed response tomorrow so that we can meet and confer regarding our respective positions.   We appreciate your patience.

Regards,

Sandy

**Sandra J. Wunderlich| Partner |Tucker Ellis LLP**
100 South Fourth Street | Suite 600 | St. Louis, MO 63102
Direct:  (314) 256-2544 | Mobile: (314) 323-7967
Sandra.Wunderlich@tuckerellis.com
Tuckerellis.com

---

**From:** Jonathan S. Tonge <jtonge@atclawfirm.com>
**Sent:** Tuesday, October 1, 2024 12:18 PM
**To:** Kemp, N. Drew <drew.kemp@tuckerellis.com>; Pat McDonough <pmcdonough@atclawfirm.com>; Jennifer M. Webster <jwebster@atclawfirm.com>
**Cc:** Diver, Marissa <Marissa.Diver@tuckerellis.com>; Wunderlich, Sandra J. <Sandra.Wunderlich@tuckerellis.com>;

1

Manno, Joseph A. <Joseph.Manno@tuckerellis.com>; Mikula, Chelsea <Chelsea.Mikula@tuckerellis.com>; Alexis O. Rivera <arivera@atclawfirm.com>
**Subject:** RE: GW v. RRI - Supplemental Disclosures

**<<< EXTERNAL EMAIL >>>**

Having received no response to the below, and given the impending close of discovery, Plaintiff will proceed today with notifying the Court about our requested amendment and out-of-time depositions as well as our desire to maintain the case schedule.

I would like to be able to inform the Court whether Defendants oppose these requests. But we will simply inform the Court of whatever is true at the time we file the motions today if we have not heard anything further.

**Jonathan S. Tonge**
Partner

Tel:   770-822-0900
Fax:   770-236-9784
Email: jtonge@atclawfirm.com



**From:** Jonathan S. Tonge
**Sent:** Friday, September 27, 2024 9:33 AM
**To:** Kemp, N. Drew <drew.kemp@tuckerellis.com>; Pat McDonough <pmcdonough@atclawfirm.com>; Jennifer M. Webster <jwebster@atclawfirm.com>
**Cc:** Diver, Marissa <Marissa.Diver@tuckerellis.com>; Wunderlich, Sandra J. <Sandra.Wunderlich@tuckerellis.com>; Manno, Joseph A. <Joseph.Manno@tuckerellis.com>; Mikula, Chelsea <Chelsea.Mikula@tuckerellis.com>; Alexis O. Rivera <arivera@atclawfirm.com>
**Subject:** RE: GW v. RRI - Supplemental Disclosures

All,

The supplemental disclosure, the recent production of documents, and an "amended" report this week raise a number of issues and questions that we need to address.

First, after five years of litigation about this time period and this hotel (which discovery we are sharing in this case) on September 23, 2024 Red Roof disclosed that *another* Red Roof entity owned the Smyrna Red Roof. We had a trial in June about this time period and this hotel and never heard a word about this entity or these documents.

Even so, our interest is in expeditiously concluding this litigation, not extending it. To that end, we propose the following, which I presume Defendants will consent to, but need you to confirm.

Do Defendants consent to:

1. A motion to add R-Roof VI, LLC as a party to this case;
2. Maintaining the current scheduling order, but agreeing that Plaintiffs may take three depositions outside discovery, a 30(b)6 of this newly-discovered entity, as well as fact depositions of David Weinstein, secretary and treasurer of R-Roof VI, LLC, and Mohamed Thowfeek, president of R-Roof VI, LLC. Given the conduct at issue, we request that these depositions take place in person, in Atlanta.