## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| G.W., | ) | CASE NO. 1:23-cv-04542-SEG |
| | ) | |
| Plaintiff, | ) | JUDGE SARAH E. GERAGHTY |
| | ) | |
| v. | ) | |
| | ) | |
| RED ROOF INNS, INC.; | ) | |
| FMW RRI NC, LLC; RRI WEST | ) | |
| MANAGEMENT, LLC; AND RED | ) | |
| ROOF FRANCHISING, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### DEFENDANTS RED ROOF INNS, INC., FMW RRI NC, LLC, RRI WEST MANAGEMENT, LLC, AND RED ROOF FRANCHISING, LLC'S MOTION FOR EXTENSION OF TIME

Defendants Red Roof Inns, Inc., FMW RRI NC, LLC, RRI West Management, LLC, and Red Roof Franchising, LLC ("Red Roof Defendants"), by and through their counsel, move this Court for a limited extension of the discovery period. In support, Red Roof Defendants state:

1.     This lawsuit arises from allegations that Plaintiff G.W. was trafficked over a decade ago at the Red Roof Inn, located at 2200 Corporate Plaza, Smyrna, Georgia 30080.

2.     The discovery period commenced on January 10, 2024 and was originally scheduled for a six month discovery track.

6637668

3.      On May 31, 2024, this Court granted the Parties' consent motion to extend the discovery deadline by two months to August 21, 2024.

4.      On July 1, 2024, this Court granted the Parties' second consent motion to extend the discovery deadline by an additional two months to October 7, 2024.

5.      Earlier in September, the Red Roof Defendants served subpoenas for depositions of witnesses that had to be rescheduled due to pre-existing obligations of the deponents.  Plaintiff agreed that those depositions could be taken beyond the discovery deadline.  They are scheduled to be completed by October 16.

6.      Although Plaintiff agreed to this minor adjustment in the schedule to accommodate the deponents' schedules weeks ago, just today Plaintiff informed Defendants of her refusal to honor this agreement to take these depositions beyond the discovery cutoff.

7.      Shortly before filing this motion, Plaintiff's counsel informed Defendants that a witness scheduled to be deposed today pursuant to subpoena will not appear for deposition today, but that the deponent is available for his deposition *next week,* which means that deposition will need to occur after the current discovery cutoff. See *Ex. A, Oct. 3, 2024 Email*.

8.      Had Plaintiff remained consistent in her refusal to agree to take these depositions out of time, Defendants would have sought leave of Court to extend the deadline, or Defendants would have enforced the subpoenas commanding the

6637668

appearance of the deponents on the designated dates. Either way, Plaintiff's recent "withdrawal" of their agreement on the depositions of some witnesses—but not others—should be rejected as improper.

9.     In addition to the remaining fact witness depositions, the Red Roof Defendants served two subpoenas on non-parties in September.

10.     One of these entities was a Georgia-based, Delaware LLC that may possess an original of a video recording that may be relevant to the claims alleged by Plaintiff. The Red Roof Defendants recently learned that the LLC has dissolved and no longer maintains an agent for service of process in any state. To pursue this discovery, the Red Roof Defendants had to serve the entity through the Delaware Secretary of State's Office (under local statute) in order to obtain the requested discovery. The return date for the subpoena is October 11, 2024—4 days after the current discovery deadline.

11.     Additionally, the Red Roof Defendants recently learned of a private security company's potential involvement at the property more than 12 years ago. Upon learning of this possibility, the Red Roof Defendants diligently investigated the company and only recently located a person to be served on behalf of that entity. The return date for the subpoena is October 16, 2024—9 days after the current discovery deadline.

12.     The Red Roof Defendants are requesting an extension of the discovery cutoff for the limited purposes of obtaining the information sought through these third party subpoenas, and to complete the depositions that Plaintiff previously agreed could be taken outside of the discovery period.  The case is not set for trial, and a limited extension of time to allow these non-parties to respond to the subpoenas (and for the depositions to be taken) will not prejudice any party.

13.     The lack of any prejudice to Plaintiff is evidenced by Plaintiff's prior agreement to allow these depositions to be taken beyond the discovery cutoff.

14.     As this Court requires, the Red Roof Defendants' Counsel attempted to confer with Plaintiff's counsel regarding this request. Rather than confer about the request, this morning, Plaintiff's counsel responded by refusing to consent, and withdrawing their previous agreement to conduct discovery outside the discovery period.

15.     Because no party will be prejudiced by this request, and the Red Roof Defendants have made diligent efforts to complete discovery in a timely manner, the Red Roof Defendants respectfully request that this Court grant Defendants' Motion and allow a short extension of 21 days (**October 28, 2024**) to complete the discovery that has already been requested.

Dated: October 3, 2024

6637668

Respectfully submitted,


*/s/ Drew Kemp*
Sandra J. Wunderlich (*pro hac vice*)
N. Drew Kemp (*pro hac vice*)
TUCKER ELLIS LLP
100 South Fourth Street, Suite 600
St. Louis, MO  63102-1822
Telephone:  314.256.2550
Facsimile:   314.256.2549
sandra.wunderlich@tuckerellis.com
drew.kemp@tuckerellis.com

Chelsea Mikula (*pro hac vice*)
Joseph Manno
Elisabeth Arko
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH  44113-7213
Telephone:  216.592-5000
Facsimile:   216.592-5009
chelsea.mikula@tuckerellis.com

Marcella C. Ducca
(Ga Bar No. 115079)
Brandon D. Cox
(Ga Bar No. 832025)
GREENBERG TRAURIG LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA  30305
Telephone:  678.553.2100
duccam@gtlaw.com
coxb@gtlaw.com

***Attorneys for Defendants Red Roof
Inns, Inc., FMW RRI NC, LLC,
RRI West Management, LLC, and
Red Roof Franchising, LLC***

6637668

## **CERTIFICATION**

This is to certify that the foregoing has been prepared with a font and point selection approved by Local Rule 5.1., Times New Roman, 14-point font.

/s/ Drew Kemp
Sandra J. Wunderlich (*pro hac vice*)
N. Drew Kemp (*pro hac vice*)
TUCKER ELLIS LLP
100 South Fourth Street, Suite 600
St. Louis, MO  63102-1822
Telephone:  314.256.2550
Facsimile:   314.256.2549
sandra.wunderlich@tuckerellis.com
drew.kemp@tuckerellis.com

Chelsea Mikula (*pro hac vice*)
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH  44113-7213
Telephone:  216.592-5000
Facsimile:   216.592-5009
chelsea.mikula@tuckerellis.com

Marcella C. Ducca
(Ga Bar No. 115079)
Brandon D. Cox
(Ga Bar No. 832025)
GREENBERG TRAURIG LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA  30305
Telephone:  678.553.2100
duccam@gtlaw.com
coxb@gtlaw.com

***Attorneys for Defendants Red Roof Inns, Inc., FMW RRI NC, LLC,***

6637668

*RRI West Management, LLC, and*
*Red Roof Franchising, LLC*

6637668