| | |
|---|---|
| **From:** | Jonathan S. Tonge <jtonge@atclawfirm.com> |
| **Sent:** | Thursday, October 3, 2024 11:11 AM |
| **To:** | Wunderlich, Sandra J.; Pat McDonough; Jennifer M. Webster |
| **Cc:** | Manno, Joseph A.; Mikula, Chelsea; Alexis O. Rivera; Kemp, N. Drew; Rory Weeks |
| **Subject:** | RE: GW v. RRI - Untimely Subpoenas |

**<<< EXTERNAL EMAIL >>>**

Hey all,

Pat just called he – he's on the road to check on storm damage at his place in North Carolina – and he said that Forrest just called him and told him that he was at his uncle's funeral and could not be at the deposition today. He told Pat that he is not trying to avoid the deposition and he can reschedule next week. Wanted to let you guys know asap.

**Jonathan S. Tonge**
**Partner**

Tel:   770-822-0900
Fax:   770-236-9784
Email: jtonge@atclawfirm.com

**ANDERSEN | TATE | CARR**
A FULL SERVICE GEORGIA LAW FIRM