IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| G.W.,<br><br>  Plaintiff,<br><br>v.<br><br>RED ROOF INNS, INC.;<br>FMW RRI NC, LLC; RRI WEST<br>MANAGEMENT, LLC; AND RED<br>ROOF FRANCHISING, LLC,<br><br>  Defendants. | ) CASE NO. 1:23-cv-04542-SEG<br>)<br>) JUDGE SARAH E. GERAGHTY<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' SECOND SUPPLEMENTAL INITIAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(A)(1) AND LOCAL RULE 26.1(B)(1)**

Defendants Red Roof Inns, Inc., FMW RRI NC, LLC, RRI West Management, LLC, and Red Roof Franchising, LLC ("Red Roof Defendants"), by and through counsel, provide the following supplemental information pursuant to Federal Rule of Civil Procedure 26(a)(1) and Local Rule 26.1(B)(1).

**5.   Provide the name and, if known, the address and telephone number of each individual likely to have discoverable information that you may use to support your claims or defenses, unless solely for impeachment, identifying the subjects of the information.**

Please see Attachment A. RRI Inc. reserves the right to supplement and/or amend these Disclosures at any time as further discovery and information becomes available and to call witnesses not listed in these Initial Disclosures or on Court-

6625369

ordered witness lists to the extent those witnesses will be called solely for impeachment. The inclusion of individuals listed on Attachment A should not be construed as an admission that any or all of the facts known to the individuals listed are legally relevant or admissible.

**SUPPLEMENTAL DISCLOSURE**:

In addition to the disclosures made on January 24, 2024, and consistent with the Parties' February 2023 Sharing Agreement involving discovery and depositions from the *W.K.* and *Jane Does* cases, the Red Roof Defendants disclose the following individuals previously disclosed in *W.K.* and *Jane Does*:

- **Greg Bristol, former agent for the Federal Bureau of Investigation. Bristol may have discoverable information relating to the facts and circumstances relevant to this action.**
- **Dan Russell, former senior vice president of operations. Russell may have discoverable information relating to the facts and circumstances relevant to this action.**

Dated:  October 7, 2024                    Respectfully submitted,

/s/     N. D. Kemp
Sandra J. Wunderlich (*pro hac vice*)
N. Drew Kemp (*pro hac vice*)
TUCKER ELLIS LLP
100 South Fourth Street, Suite 600
St. Louis, MO  63102-1822
Telephone:  314.256.2550
Facsimile:   314.256.2549
sandra.wunderlich@tuckerellis.com
drew.kemp@tuckerellis.com

> Chelsea Mikula (*pro hac vice*)
> TUCKER ELLIS LLP
> 950 Main Avenue, Suite 1100
> Cleveland, OH  44113-7213
> Telephone:  216.592-5000
> Facsimile:    216.592-5009
> chelsea.mikula@tuckerellis.com
> ashley.saferight@tuckerellis.com
>
> Marcella C. Ducca
> (Ga Bar No. 115079)
> Brandon D. Cox
> (Ga Bar No. 832025)
> GREENBERG TRAURIG LLP
> Terminus 200
> 3333 Piedmont Road NE, Suite 2500
> Atlanta, GA  30305
> Telephone:  678.553.2100
> duccam@gtlaw.com
> coxb@gtlaw.com
>
> *Attorneys for Defendants Red Roof Inns, Inc., FMW RRI NC, LLC, RRI West Management, LLC, and Red Roof Franchising, LLC*

6625369

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 7, 2024, a copy of the foregoing was served via email to the following:

Patrick J. McDonough
Jonathan S. Tonge
Jennifer M. Webster
ANDERSEN, TATE & CARR
One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, GA  30097
pmcdonough@atclawfirm.com
jtonge@atclawfirm.com
jwebster@atclawfirm.com
*Attorneys for Plaintiff*

                                           */s/     N. D. Kemp*
                                           N. Drew Kemp (*pro hac vice*)
                                           *One of the Attorneys for Defendants*
                                           *Red Roof Inns, Inc., FMW RRI NC, LLC,*
                                           *RRI West Management, LLC, and Red*
                                           *Roof Franchising, LLC*

**Attachment A to Red Roof Defendants Initial Disclosures**

Pursuant to Paragraph 5 of their Initial Disclosures, Red Roof Defendants identify the following individuals.

- Plaintiff G.W. The Plaintiff will be able to testify as to her basis for asserting claims against the Red Roof Defendants as set forth in Plaintiff's Complaint.

- Plaintiff's Trafficker and his associates, JJ Bigby, Applehead, and Bocce: Plaintiff's alleged traffickers and associates are likely to have discoverable information relating to the facts and circumstances relevant to this action.

- Plaintiff's alleged unnamed trafficker(s), and John and Jane Doe Accomplices. Plaintiff's alleged trafficker(s) and the individuals who allegedly provided help and assistance to Plaintiff's traffickers are likely to have discoverable information relating to the facts and circumstances relevant to this action.

- John Doe Johns. The individuals who allegedly purchased illegal commercial sex with Plaintiff are likely to have discoverable information relating to the facts and circumstances relevant to this action.

- Plaintiff's friends and family, including her mother. Friends and family members are likely to have discoverable information relating to the facts and circumstances relevant to this action, and Plaintiff's alleged damages.

- A.J.: A.J. is likely to have discoverable information relating to the facts and circumstances relevant to this action.

- T.W.: T.W. is likely to have discoverable information relating to the facts and circumstances relevant to this action.

- Plaintiff's treating medical and mental health providers are likely to have discoverable information related to Plaintiff's alleged injuries.

6625369

- Law enforcement officers who investigated Plaintiff and/or her unnamed trafficker(s) are likely to have discoverable information relating to the facts and circumstances relevant to this action.

- Any witnesses to the alleged facts at issue.

- Corporate representative(s) of RRI, Inc. who may have discoverable information relating to the facts and circumstances relevant to this action. Defendant RRI, Inc. may only be contacted through counsel.

- Although she was not responsible for implementing a plan to identify and deter human trafficking at the subject property, Michelle Wehrle was the Manager of Training for Red Roof Franchising, LLC. Defendant Red Roof Franchising, LLC and Michelle Wehrle may only be contacted through counsel.

- Vanessa Cole, the former General Manager at the Smyrna Property, an employee of RRI, Inc., who may only be contacted through counsel.

- Glen Galbraith, Vice President of Franchise Operations. Galbraith may have discoverable information relating to the facts and circumstances relevant to this action. Mr. Galbraith can be contacted only by counsel for Red Roof Defendants.

- Vickie Lam, former vice president of operations. Lam may have discoverable information relating to the facts and circumstances relevant to this action.

- James Moyer, former vice president of operations. Moyer may have discoverable information relating to the facts and circumstances relevant to this action.

- Andrew Alexander, former President of RRI West Management. Alexander may have discoverable information relating to the facts and circumstances relevant to this action.

- Vincent Vittatoe, former director of safety and security. Vittatoe may have discoverable information relating to the facts and circumstances relevant to this action.

6625369

- A corporate representative of FMW RRI NC, LLC, who owned the Smyrna Property. Defendant FMW RRI NC, LLC may only be contacted through counsel.

- A corporate representative of RRI West Management, LLC, which was responsible for the management and operation of the subject property. Defendant RRI West Management may only be contacted through counsel.

- A corporate representative of Varahi Hotel, LLC, the owner and operator of the Smyrna RRI during some periods of alleged trafficking. Varahi Hotels LLC may have discoverable information relating to the facts and circumstances relevant to this action.

- Bharat Patel, owner and operator of the Smyrna RRI during some periods of alleged trafficking. Patel may have discoverable information relating to the facts and circumstances relevant to this action.

- Witnesses identified in Plaintiff's Fed. R. Civ. P. 26(a)(1) disclosures and/or any supplemental disclosures.

- Additional witness(es) to be determined by Red Roof Defendants as they may be identified in discovery.

6625369