# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| G.W., | ) CASE NO. 1:23-cv-04542-SEG |
| Plaintiff, | ) |
| v. | ) JUDGE SARAH E. GERAGHTY |
| RED ROOF INNS, INC.; FMW RRI NC, LLC; RRI WEST MANAGEMENT, LLC; AND RED ROOF FRANCHISING, LLC, | ) |
| Defendants. | ) |

## DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE BRIEF IN OPPOSITION TO PLAINTIFF'S MOTION TO ADD PARTY R-ROOF VI, LLC AS PARTY DEFENDANT AND TO CONDUCT LIMITED DISCOVERY OUT OF TIME

Defendants Red Roof Inns, Inc., FMW RRI NC, LLC, RRI West Management, LLC, and Red Roof Franchising, LLC ("Red Roof Defendants"), by and through their counsel, hereby move this Court to enter an order extending Red Roof Defendants' deadline to file their Response Brief to Plaintiff's "Motion to Add Party R-Roof VI, LLC as Party Defendant and to Conduct Limited Discovery Out of Time" (ECF No. 65.) In support, RRI Defendants state:

1. Plaintiff filed her "Motion to Add Party R-Roof VI, LLC as Party Defendant and to Conduct Limited Discovery Out of Time" on October 1, 2024.

2. Pursuant to Local Rule LR7.1(B), Red Roof Defendants' Response Brief is due no later than 21 days after service of the motion, October 15, 2024.

6646879

3. Pursuant to Section I of this Court's Standing Order re Civil Litigation related to discovery disputes, *before* filing any motion related to discovery, the movant is required to meet and confer in a good faith effort to resolve the dispute by agreement, and *after* doing so, the movant may contact the Courtroom Deputy Clerk to notify her of the discovery dispute, at which time the Court may schedule a conference.

4. Plaintiff did not t meet and confer with RRI Defendants before filing this motion .

5. the Court has scheduled a conference on Wednesday, October 16, 2024 at 10 a.m. ET.

6. In an effort to avoid a waste of resources in the event the Court (or the parties) are able to resolve any portion of their dispute during the conference, Red Roof Defendants request an extension of 21 days, through and including November 5, 2024, to file a Response Brief to Plaintiff's Motion, should one be necessary.

7. Counsel for RRI Defendants requested Plaintiff's consent to this extension of time, but did not hear back from Plaintiff's counsel on that request prior to filing.[1]

---

[1] RRI Defendants note that they received an "out of office" notice from Plaintiff's counsel in response to their emails, which likely explains why RRI Defendants did not receive a response to this request.

6646879

Dated: 10/11/2024

        Respectfully submitted,

        */s/ Drew Kemp*
        Sandra J. Wunderlich (*pro hac vice*)
        N. Drew Kemp (*pro hac vice*)
        TUCKER ELLIS LLP
        100 South Fourth Street, Suite 600
        St. Louis, MO  63102-1822
        Telephone:  314.256.2550
        Facsimile:   314.256.2549
        sandra.wunderlich@tuckerellis.com
        drew.kemp@tuckerellis.com

        Chelsea Mikula (*pro hac vice*)
        Joseph Manno
        TUCKER ELLIS LLP
        950 Main Avenue, Suite 1100
        Cleveland, OH  44113-7213
        Telephone:  216.592-5000
        Facsimile:   216.592-5009
        chelsea.mikula@tuckerellis.com
        joseph.manno@tuckerellis.com

        Marcella C. Ducca
        (Ga Bar No. 115079)
        Brandon D. Cox
        (Ga Bar No. 832025)
        GREENBERG TRAURIG LLP
        Terminus 200
        3333 Piedmont Road NE, Suite 2500
        Atlanta, GA  30305
        Telephone:  678.553.2100
        duccam@gtlaw.com
        coxb@gtlaw.com

        *Attorneys for Defendants Red Roof Inns, Inc., FMW RRI NC, LLC,*

6646879

*RRI West Management, LLC, and*
*Red Roof Franchising, LLC*

6646879

## **CERTIFICATION**

This is to certify that the foregoing has been prepared with a font and point selection approved by Local Rule 5.1., Times New Roman, 14-point font.

        */s/ Drew Kemp*
        Sandra J. Wunderlich (*pro hac vice*)
        N. Drew Kemp (*pro hac vice*)
        TUCKER ELLIS LLP
        100 South Fourth Street, Suite 600
        St. Louis, MO  63102-1822
        Telephone:  314.256.2550
        Facsimile:   314.256.2549
        sandra.wunderlich@tuckerellis.com
        drew.kemp@tuckerellis.com

        Chelsea Mikula (*pro hac vice*)
        TUCKER ELLIS LLP
        950 Main Avenue, Suite 1100
        Cleveland, OH  44113-7213
        Telephone:  216.592-5000
        Facsimile:   216.592-5009
        chelsea.mikula@tuckerellis.com

        Marcella C. Ducca
        (Ga Bar No. 115079)
        Brandon D. Cox
        (Ga Bar No. 832025)
        GREENBERG TRAURIG LLP
        Terminus 200
        3333 Piedmont Road NE, Suite 2500
        Atlanta, GA  30305
        Telephone:  678.553.2100
        duccam@gtlaw.com
        coxb@gtlaw.com

        *Attorneys for Defendants Red Roof*
        *Inns, Inc., FMW RRI NC, LLC,*

6646879

*RRI West Management, LLC, and*
*Red Roof Franchising, LLC*

6646879