UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| G.W., <br><br> Plaintiff, <br><br> v. <br><br> RED ROOF INNS, INC.; FMW RRI N.C., LLC; RRI WEST MANAGEMENT, LLC; and RED ROOF FRANCHISING, LLC, <br><br> Defendants. | CIVIL ACTION FILE <br><br> NO. 1:23-cv-4542-SEG |

**RESPONSE TO DEFENDANTS' MOTION FOR EXTENSION OF TIME**

Plaintiff opposes Red Roof's request for an extension of time.

**Preface**: Plaintiff's counsel does not usually oppose response extensions. Indeed, undersigned counsel cannot remember the last time he did so (if ever). Extension of time to respond are a professional courtesy extended to opposing counsel.

But this time is different for at least three reasons. *First*, a timely response by Red Roof to a straightforward motion seeking to add as a party defendant an entity (R-Roof VI, LLC) that owned the hotel before December 2012 but that Red Roof concealed for five years (in this case and in prior cases from which the parties are sharing discovery) will allow the Court to address this issue at the scheduled conference on Wednesday, October 16. Indeed, the issues at the conference are intimately connected with the subject of Plaintiff's motion: adding R-Roof VI, LLC as a party

defendant and taking three depositions out of time (a Rule 30(b)(6) of R-Roof VI and two depositions of R-Roof VI's only known employees).

*Second*, Red Roof does not need more than 14 days, the time allowed by Local Rule 7.1(B), to respond to Plaintiff's straightforward motion. Indeed, had Plaintiff not requested to depose R-Roof VI and its two known employees, Red Roof most likely would have consented to Plaintiff's motion to add R-Roof VI as a party defendant. Red Roof has had two weeks to figure out why it opposes Plaintiff's reasonable request to add R-Roof VI and to take three depositions out of time—a request designed to keep this case's schedule from being derailed.

*Third*, Red Roof offers only one reason for its extension request: Plaintiff's supposed failure to comply with this Court's Standing Order on how to handle "discovery disputes." *See* Doc. 69 at 2. Red Roof's claim is a lie. Plaintiff's motion (and attachments) and the email chain with the Courtroom Deputy related to scheduling the October 16 meeting prove the lie. Plaintiff complied with this Court's Standing Order. An extension request based on a demonstrable lie should not be granted.

Red Roof does not need the extension. Red Roof should respond to Plaintiff's motion tomorrow as the rules require. To make it easier for the Court to address this issue on Wednesday, Plaintiff will waive the reply and address Red Roof's response at the hearing—if no extension is granted.

          ANDERSEN, TATE & CARR, P.C.

          */s/ Rory A. Weeks*
          PATRICK J. MCDONOUGH
          Georgia Bar No. 489855
          pmcdonough@atclawfirm.com
          JONATHAN S. TONGE
          Georgia Bar No. 303999
          jtonge@atclawfirm.com
          RORY A. WEEKS
          Georgia Bar No. 113491
          rweeks@atclawfirm.com
          JENNIFER M. WEBSTER
          Georgia Bar No. 760381
          jwebster@atclawfirm.com
          *Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 236-9784 | Facsimile

## CERTIFICATE OF COMPLIANCE

Under Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

                                        ANDERSEN, TATE & CARR, P.C.

                                        */s/ Rory A. Weeks*
                                        PATRICK J. MCDONOUGH
                                        Georgia Bar No. 489855
                                        pmcdonough@atclawfirm.com
                                        JONATHAN S. TONGE
                                        Georgia Bar No. 303999
                                        jtonge@atclawfirm.com
                                        RORY A. WEEKS
                                        Georgia Bar No. 113491
                                        rweeks@atclawfirm.com
                                        JENNIFER M. WEBSTER
                                        Georgia Bar No. 760381
                                        jwebster@atclawfirm.com
                                        *Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

## CERTIFICATE OF COMPLIANCE

Under Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

ANDERSEN, TATE & CARR, P.C.

*/s/ Rory A. Weeks*
PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
RORY A. WEEKS
Georgia Bar No. 113491
rweeks@atclawfirm.com
JENNIFER M. WEBSTER
Georgia Bar No. 760381
jwebster@atclawfirm.com
*Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile