State of Delaware
Secretary of State
Division of Corporations
Delivered 07:17 PM 10/24/2018
FILED 07:17 PM 10/24/2018
SR 20187310833 - File Number 4367710

# STATE OF DELAWARE
# CERTIFICATE OF CANCELLATION

1. The name of the limited liability company is _____
   R-Roof VI, LLC

2. The Certificate of Formation of the limited liability company was filed on
   June 11, 2007

IN WITNESS WHEREOF, the undersigned has executed this Certificate of Cancellation this 24th day of October, A.D. 2018.

By: _____
    Authorized Person(s)

Name: Andrew Alexander
      Print or Type

# State Of Delaware

Entity Details

10/1/2024   2:21:08PM

| | | | |
|---|---|---|---|
| File Number: | 4367710 | Incorporation Date / Formation Date: | 6/11/2007 |
| Entity Name: | R-ROOF VI, LLC | | |
| Entity Kind: | Limited Liability Company | Entity Type: | General |
| Residency: | Domestic | State: | DELAWARE |
| Status: | Voluntarily Cancelled | Status Date: | 10/24/2018 |

**Registered Agent Information**

| | | | |
|---|---|---|---|
| Name: | CORPORATION SERVICE COMPANY | | |
| Address: | 251 LITTLE FALLS DRIVE | | |
| City: | WILMINGTON | Country: | |
| State: | DE | Postal Code: | 19808 |
| Phone: | 302-636-5401 | | |

**Tax Information**

| | | | |
|---|---|---|---|
| Last AnnualReport Filed: | 0 | Tax Due: | $ 0 |
| Annual Tax Assessment: | $300 | Total Authorized Shares: | |

**Filing History (Last 5 Filings)**

| Seq | Description | No of Pages | Filing Date mm/dd/yyyy | Filing Time | Effective Date mm/dd/yyyy |
|---|---|---|---|---|---|
| 1 | Cancellation; Trust,GP,LP,LLC,RSE | 1 | 20181024 | 191700 | 20181024 |
| 2 | LLC | 1 | 20070611 | 095500 | 20070611 |