# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:23-cv-04542-SEG
## G.W. v. Red Roof Inns, Inc. et al
## Honorable Sarah E. Geraghty

Minute Sheet for proceedings held In Chambers on 10/16/2024.

TIME COURT COMMENCED: 10:02 A.M.
TIME COURT CONCLUDED: 10:32 A.M.     COURT REPORTER: Melissa Brock
TIME IN COURT: 00:30                 DEPUTY CLERK: Amy McConochie
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Brandon Cox representing FMW RRI NC, LLC |
| | Brandon Cox representing RRI West Management, LLC |
| | Brandon Cox representing Red Roof Franchising, LLC |
| | Brandon Cox representing Red Roof Inns, Inc. |
| | Nathan Kemp representing FMW RRI NC, LLC |
| | Nathan Kemp representing RRI West Management, LLC |
| | Nathan Kemp representing Red Roof Franchising, LLC |
| | Nathan Kemp representing Red Roof Inns, Inc. |
| | Jonathan Tonge representing G.W. |
| | Rory Weeks representing G.W. |
| | Sandra Wunderlich representing FMW RRI NC, LLC |
| | Sandra Wunderlich representing RRI West Management, LLC |
| | Sandra Wunderlich representing Red Roof Franchising, LLC |
| | Sandra Wunderlich representing Red Roof Inns, Inc. |
| PROCEEDING CATEGORY: | Telephone Conference(Motion Hearing Non-evidentiary); |
| MOTIONS RULED ON: | [65]Motion to Add Party GRANTED IN PART AND DEFERRED IN PART |
| | [67]Motion for Extension of Time to Complete Discovery DENIED AS MOOT |
| | [69]Motion for Extension of Time to File Brief in Opposition DENIED AS MOOT. Response filed at [71]. |
| MINUTE TEXT: | The Court heard from the parties on disputes related to subpoenas and depositions that the parties had previously agreed could be taken after the close of discovery. The parties informed the Court that, after engaging in a |

meet and confer prior to the conference call, they have resolved the issues related to the outstanding depositions and Defendants' [64-1] subpoena to Operation Liberate LLC. Defendants stated that they will withdraw their [63-1] subpoena to C H Security Services, LLC.

The Court then heard from the parties on Plaintiff's [65] Motion to Add R-Roof VI, LLC as a Party Defendant and to Conduct Limited Discovery Out of Time. Plaintiff advised that, after the meet and confer, she is still seeking to take the depositions of Mohamed Thowfeek, David Weinstein, and a 30(b)(6) deponent of non-party R-Roof VI, LLC, as outlined in her motion. The Court permitted these depositions to go forward but reserved ruling on the other relief requested in Plaintiff's motion. The parties were directed to meet and confer (via video conference, telephone, or in-person) in good faith to set up these three depositions before contacting the Courtroom Deputy Clerk about disputes related to these depositions.