IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| G.W., | ) | CIVIL ACTION FILE |
| | ) | NO. 1:23-cv-4542 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RED ROOF INNS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT MOTION FOR EXTENSION OF DISPOSITIVE MOTION DEADLINE**

Defendants Red Roof Inns, Inc., FMW RRI NC, LLC, RRI West Management, LLC, and Red Roof Franchising, LLC, (RRI Defendants) and Plaintiff, G.W., file this joint motion to extend the dispositive motion deadline. The current dispositive motion deadline is November 4, 2024. (Doc. 47). The Parties seek to extend that deadline to January 21, 2025.

This extension is necessary. First, counsel for both parties are participating in a separate trial set to begin November 12, 2024 in *H.B. v. Red Roof Inns, Inc., et al.*, No. 1:22-cv-1181 (N.D. Ga.) in front of the Honorable J.P. Boulee. Additionally, the pretrial is set for November 4, 2024. *H.B.* Doc. 168. These dates overlap with the current dispositive motion deadline in this case.[1] And preparation for both dates will

---

[1] The *H.B.* Court set these dates on August 18, 2024, which is about a month and a half after July 1, 2024, when this Court set the current dispositive motion deadline.

require significant resources from counsel on both sides. As such, the Parties agree that this overlap is grounds for extending the deadline.

In addition, as this Court is aware, the Parties are currently working with one another, and this Court, to resolve a pending discovery dispute, which includes Plaintiff's request to add R-Roof VI, LLC as an additional party. The extension of the summary judgment deadline will allow the Parties time to meet and confer, and work to resolve these outstanding issues, while ensuring all dispositive motion deadlines remain consistent.

Given these reasons, both Parties agree an extension of the summary judgment deadline is necessary. No Party will be prejudiced by this extension. Thus, the Parties respectfully request that the Court extend the dispositive motion deadline from November 4, 2024, to January 21, 2025.

Dated: 10/25/2024

Respectfully submitted,

/s/ Jonathan S. Tonge
Partick J. McDonough (489855)
Jonathan S. Tonge (303999)
Jennifer M. Webster (760381)
ANDERSEN, TATE & CARR, P.C.
One Sugarloaf Centre
1960 Satellite Blvd., Suite 4000
Duluth, GA  30097
Telephone:   770.822.0900
Facsimile:    770.822.9680
pmcdonough@atclawfirm.com
jtonge@atclawfirm.com
jwebster@atclawfirm.com

*Attorneys for Plaintiff*

/s/ Sandra J. Wunderlich
Sandra J. Wunderlich (*pro hac vice*)
N. Drew Kemp (*pro hac vice*)
TUCKER ELLIS LLP
100 South Fourth Street, Suite 600
St. Louis, MO  63102-1822
Telephone:   314.256.2550
Facsimile:    314.256.2549
sandra.wunderlich@tuckerellis.com
drew.kemp@tuckerellis.com

Marcella C. Ducca
(Ga Bar No. 115079)
Brandon D. Cox
(Ga Bar No. 832025)
GREENBERG TRAURIG LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA  30305
Telephone:  678.553.2100
duccam@gtlaw.com
coxb@gtlaw.com

Chelsea Mikula (*pro hac vice*)
Joseph Manno
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH  44113-7213
Telephone:  216.592-5000
Facsimile:    216.592-5009
chelsea.mikula@tuckerellis.com
joseph.manno@tuckerellis.com

*Attorneys for Defendants Red Roof Inns, Inc., FMW RRI NC, LLC, RRI West Management, LLC, and Red Roof Franchising, LLC*

## **CERTIFICATION**

This is to certify that the foregoing has been prepared with a font and point selection approved by Local Rule 5.1., Times New Roman, 14-point font.

/s/ *Sandra J. Wunderlich*
Sandra J. Wunderlich (*pro hac vice*)
TUCKER ELLIS LLP
100 South Fourth Street, Suite 600
St. Louis, MO  63102-1822
Telephone:   314.256.2550
Facsimile:    314.256.2549
sandra.wunderlich@tuckerellis.com
drew.kemp@tuckerellis.com


*One of the attorneys for Defendants Red Roof Inns, Inc., FMW RRI NC, LLC,*
*RRI West Management, LLC, &*
*Red Roof Franchising, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 25, 2024, a copy of the foregoing was filed electronically. Service of this filing will be made pursuant to Civ. R. 5(b)(2)(e) through this Court's electronic filing system.  Parties may access the filing through the Court's system.

Dated: October 25, 2024

                               */s/ Sandra J. Wunderlich*
                               Sandra J. Wunderlich

                               *One of the attorneys for Defendants Red Roof Inns, Inc., FMW RRI NC, LLC, RRI West Management, LLC, and Red Roof Franchising, LLC*