IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| G.W., | ) |
| Plaintiff, | ) ) |
| v. | ) |
| RED ROOF INNS, INC., *et al.* | ) ) |
| Defendants. | ) CASE NO. 1:23-cv-04542-SEG ) ) ) |

## ORDER ON MOTION TO EXTEND THE DISPOSITIVE MOTION DEADLINE

This matter is before the Court on Red Roof Inns, Inc., FMW RRI NC, LLC, RRI West Management, LLC, Red Roof Franchising, LLC and Plaintiff, G.W.'s Joint Motion to Extend the Dispositive Motion Deadline. The Court has inquired into the motion and **HEREBY GRANTS** it.

The dispositive motion deadline is extended up to and including January 21, 2025.

**SO ORDERED**, this 30th day of October, 2024.

*[signature]*
Sarah E. Geraghty
United States District Judge

6665968.1