**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| G.W., | ) | CIVIL ACTION FILE |
| | ) | NO. 1:23-cv-4542 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RED ROOF INNS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT MOTION FOR EXTENSION OF DAUBERT MOTION DEADLINE

Defendants Red Roof Inns, Inc., FMW RRI NC, LLC, RRI West Management, LLC, and Red Roof Franchising, LLC, (RRI Defendants) and Plaintiff, G.W., file this joint motion to extend the *Daubert* motion deadline. The current *Daubert* motion deadline is November 4, 2024. (Doc. 47). The Parties jointed moved (Doc. 74) to extend the dispositive motion deadline, which was granted by this Court (Doc. 75). The Parties also intended to seek to extend the *Daubert* motion deadline for the same reasons but inadvertently failed to include that request. The Parties now seek to extend the *Daubert* motion deadline to the same date, January 21, 2025.

Dated: 10/31/2024

Respectfully submitted,


/s/ Jonathan S. Tonge
Partick J. McDonough (489855)
Jonathan S. Tonge (303999)
Jennifer M. Webster (760381)
ANDERSEN, TATE & CARR, P.C.
One Sugarloaf Centre
1960 Satellite Blvd., Suite 4000
Duluth, GA  30097
Telephone:  770.822.0900
Facsimile:   770.822.9680
pmcdonough@atclawfirm.com
jtonge@atclawfirm.com
jwebster@atclawfirm.com

*Attorneys for Plaintiff*

/s/ N. D. Kemp
Sandra J. Wunderlich (*pro hac vice*)
N. Drew Kemp (*pro hac vice*)
TUCKER ELLIS LLP
100 South Fourth Street, Suite 600
St. Louis, MO  63102-1822
Telephone:  314.256.2550
Facsimile:   314.256.2549
sandra.wunderlich@tuckerellis.com
drew.kemp@tuckerellis.com

Marcella C. Ducca
(Ga Bar No. 115079)
Brandon D. Cox
(Ga Bar No. 832025)
GREENBERG TRAURIG LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA  30305
Telephone:  678.553.2100
duccam@gtlaw.com
coxb@gtlaw.com

Chelsea Mikula (*pro hac vice*)
Joseph Manno
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH  44113-7213
Telephone:  216.592.5000
Facsimile:   216.592.5009
chelsea.mikula@tuckerellis.com
joseph.manno@tuckerellis.com

*Attorneys for Defendants Red Roof
Inns, Inc., FMW RRI NC, LLC,
RRI West Management, LLC, and
Red Roof Franchising, LLC*

2

## **CERTIFICATION**

This is to certify that the foregoing has been prepared with a font and point selection approved by Local Rule 5.1., Times New Roman, 14-point font.

*/s/ Sandra J. Wunderlich*
Sandra J. Wunderlich (*pro hac vice*)
TUCKER ELLIS LLP
100 South Fourth Street, Suite 600
St. Louis, MO  63102-1822
Telephone:  314.256.2550
Facsimile:   314.256.2549
sandra.wunderlich@tuckerellis.com
drew.kemp@tuckerellis.com


*One of the attorneys for Defendants Red Roof*
*Inns, Inc., FMW RRI NC, LLC,*
*RRI West Management, LLC, &*
*Red Roof Franchising, LLC*

3

6674977.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 31, 2024, a copy of the foregoing was filed electronically. Service of this filing will be made pursuant to Civ. R. 5(b)(2)(e) through this Court's electronic filing system.  Parties may access the filing through the Court's system.

Dated: October 31, 2024

/s/ N. D. Kemp
Sandra J. Wunderlich

*One of the attorneys for Defendants Red Roof Inns, Inc., FMW RRI NC, LLC, RRI West Management, LLC, and Red Roof Franchising, LLC*