IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| G.W., | ) |
|             Plaintiff, | ) |
| | ) |
|   v. | ) |
| | ) |
| RED ROOF INNS, INC., *et al.* | )   CASE NO. 1:23-cv-04542-SEG |
|             Defendants. | ) |
| | ) |
| | ) |

## [PROPOSED] CONSENT ORDER ON MOTION TO EXTEND THE DAUBERT MOTION DEADLINE

This matter is before the Court on Red Roof Inns, Inc., FMW RRI NC, LLC, RRI West Management, LLC, Red Roof Franchising, LLC and Plaintiff, G.W.'s Joint Motion to Extend the *Daubert* Motion Deadline. The Court has inquired into the motion and **HEREBY GRANTS** it.

The *Daubert* motion deadline is extended up to and including January 21, 2025.

**SO ORDERED**, this _____ day of _____ 2024.

_____
Hon. Sarah E. Geraghty
Judge, Northern District of Georgia