UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| G.W.,<br><br>    Plaintiff,<br><br>v.<br><br>RED ROOF INNS, INC.; FMW RRI N.C., LLC; RRI WEST MANAGEMENT, LLC; RED ROOF FRANCHISING, LLC, and R-ROOF VI, LLC,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO. 1:23-cv-4542-SEG |

## NOTICE OF TENTATIVE SETTLEMENT

Plaintiff G.W. hereby notifies this Court that the Parties have reached an agreement to settle. The Parties expect to complete the paperwork necessary to finalize the settlement within thirty days. Following the execution of the settlement paperwork, Plaintiff will file a Dismissal with Prejudice with the Court.

Respectfully submitted on November 1, 2024.

                              ANDERSEN, TATE & CARR, P.C.

                              */s/ Rory A. Weeks*
                              PATRICK J. MCDONOUGH
                              Georgia Bar No. 489855
                              pmcdonough@atclawfirm.com
                              JONATHAN S. TONGE
                              Georgia Bar No. 303999
                              jtonge@atclawfirm.com

        RORY A. WEEKS
        Georgia Bar No. 113491
        rweeks@atclawfirm.com
        JENNIFER M. WEBSTER
        Georgia Bar No. 760381
        jwebster@atclawfirm.com
        *Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 236-9784 | Facsimile

## CERTIFICATE OF COMPLIANCE

Under Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

Respectfully submitted on November 1, 2024.

            ANDERSEN, TATE & CARR, P.C.

            */s/ Rory A. Weeks*
            PATRICK J. MCDONOUGH
            Georgia Bar No. 489855
            pmcdonough@atclawfirm.com
            JONATHAN S. TONGE
            Georgia Bar No. 303999
            jtonge@atclawfirm.com
            RORY A. WEEKS
            Georgia Bar No. 113491
            rweeks@atclawfirm.com
            JENNIFER M. WEBSTER
            Georgia Bar No. 760381
            jwebster@atclawfirm.com
            *Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile