UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| G.W., <br><br> Plaintiff, <br><br> v. <br><br> RED ROOF INNS, INC.; FMW RRI N.C., LLC; RRI WEST MANAGEMENT, LLC; RED ROOF FRANCHISING, LLC, and R-ROOF VI, LLC, <br><br> Defendants. | CIVIL ACTION FILE <br><br> NO. 1:23-cv-4542-SEG |

## STIPULATION OF DISMISSAL

The parties have reached an agreement to resolve all claims in this matter. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to the dismissal of all claims with prejudice.

Respectfully submitted on December ___, 2024.

| | |
|---|---|
| */s/ Sandra J. Wunderlich* | */s/ Rory A. Weeks* |
| MARCELLA C. DUCCA | PATRICK J. MCDONOUGH |
| Georgia Bar No. 115079 | Georgia Bar No. 489855 |
| duccam@gtlaw.com | pmcdonough@atclawfirm.com |
| BRANDON D. COX | JONATHAN S. TONGE |
| Georgia Bar No. 832025 | Georgia Bar No. 303999 |
| coxb@gtlaw.com | jtonge@atclawfirm.com |
| **GREENBERG TRAURIG, LLP** | RORY A. WEEKS |
| Terminus 200 | Georgia Bar No. 113491 |

3332 Piedmont Road N.E., Suite 2500
Atlanta, Georgia 30305

CHELSEA MIKULA (*pro hac vice*)
Chelsea.mikula@tuckerellis.com
JOSEPH A. MANNO (*pro hac vice*)
Joseph.manno@tuckerellis.com
**TUCKER ELLIS LLP**
950 Main Avenue, Suite 1100
Cleveland, Ohio 44113

SANDRA J. WUNDERLICH (*pro hac vice*)
Sandra.wunderlich@tuckerellis.com
NATHAN DREW KEMP (*pro hac vice*)
Drew.kemp@tuckerellis.com
**TUCKER ELLIS LLP**
100 South Fourth Street, Suite 600
St. Louis, Missouri 63102

*Attorneys for Red Roof Defendants*

rweeks@atclawfirm.com
JENNIFER M. WEBSTER
Georgia Bar No. 760381
jwebster@atclawfirm.com
**ANDERSEN, TATE & CARR, P.C.**
One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

*Attorneys for Plaintiff*

## CERTIFICATE OF COMPLIANCE

Under Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

                                        ANDERSEN, TATE & CARR, P.C.

                                        */s/*
                                        PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
RORY A. WEEKS
Georgia Bar No. 113491
rweeks@atclawfirm.com
JENNIFER M. WEBSTER
Georgia Bar No. 760381
jwebster@atclawfirm.com
*Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile